# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS (DALLAS)

| | |
|---|---|
| **In re** | **Chapter 11** |
| **HOOTERS OF AMERICA, LLC,** *et al.,* | **Case No. 25-80078 (SWE)** |
| **Debtors.**[1] | **(Jointly Administered)** |

## SCHEDULE OF ASSETS AND LIABILITIES FOR DW RESTAURANT HOLDER, LLC (CASE NO. 25-80103)

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Hooters of America, LLC (5288); Owl Holdings, LLC (3103); Hawk Parent, LLC (2323); HOA Holdings, LLC (1180); Night Owl, LLC (4511); Owl Wings, LLC (4583); Owl Restaurant Holdings, LLC (7751); HOA Restaurant Group, LLC (7654); Derby Wings Holdings, LLC (8081); Derby Wings, LLC (6578); HOA Gift Cards, LLC (3684); Elf Owl Investments, LLC (3342); TW Lonestar Wings, LLC (3465); Alamo Wings, LLC (3702); HOA Holdco, LLC (8828); HOA Systems, LLC (2439); HOA Funding, LLC (4390); HOA Restaurant Holder, LLC (3883); HOOTS Restaurant Holder, LLC (5840); HOA IP GP, LLC (9555); HOOTS Franchising, LLC (8375); HOA Franchising, LLC (4451); HOA Maryland Restaurant Holder, LLC (1608); HOA Kansas Restaurant Holder, LLC (9045); TW Restaurant Holder, LLC (6927); DW Restaurant Holder, LLC (8261); HI Limited Partnership (2355); HOA Towson, LLC (1942); HOA Waldorf, LLC (5425); HOA Laurel, LLC (5010). The Debtors' service address is 1815 The Exchange SE, Atlanta, GA 30339.

**ROPES & GRAY LLP**
Ryan Preston Dahl (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
ryan.dahl@ropesgray.com

- and -

**ROPES & GRAY LLP**
Chris L. Dickerson (admitted *pro hac vice*)
Rahmon J. Brown (admitted *pro hac vice*)
Michael K. Wheat (admitted *pro hac vice*)
191 North Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5500
chris.dickerson@ropesgray.com
rahmon.brown@ropesgray.com
michael.wheat@ropesgray.com

*Proposed Counsel for the Debtors*

**FOLEY & LARDNER LLP**
Holland N. O'Neil (TX 14864700)
Stephen A. Jones (TX 24101270)
Zachary C. Zahn (TX 24137675)
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
honeil@foley.com
sajones@foley.com
zzahn@foley.com

*Proposed Co-Counsel for the Debtors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>Hooters of America., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80078 (SWE)<br><br>(Jointly Administered) |

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Hooters of America, LLC (5288); Owl Holdings, LLC (3103); Hawk Parent, LLC (2323); HOA Holdings, LLC (1180); Night Owl, LLC (4511); Owl Wings, LLC (4583); Owl Restaurant Holdings, LLC (7751); HOA Restaurant Group, LLC (7654); Derby Wings Holdings, LLC (8081); Derby Wings, LLC (6578); HOA Gift Cards, LLC (3684); Elf Owl Investments, LLC (3342); TW Lonestar Wings, LLC (3465); Alamo Wings, LLC (3702); HOA Holdco, LLC (8828); HOA Systems, LLC (2439); HOA Funding, LLC (4390); HOA Restaurant Holder, LLC (3883); HOOTS Restaurant Holder, LLC (5840); HOA IP GP, LLC (9555); HOOTS Franchising, LLC (8375); HOA Franchising, LLC (4451); HOA Maryland Restaurant Holder, LLC (1608); HOA Kansas Restaurant Holder, LLC (9045); TW Restaurant Holder, LLC (6927); DW Restaurant Holder, LLC (8261); HI Limited Partnership (2355); HOA Towson, LLC (1942); HOA Waldorf, LLC (5425); HOA Laurel, LLC (5010). The Debtors' service address is 1815 The Exchange SE, Atlanta, GA 30339.

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGIES,
AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES
OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The Schedules of Assets and Liabilities (collectively with attachments, the "Schedules") and the Statements of Financial Affairs (collectively with attachments, the "Statements," and together with the Schedules, the "Schedules and Statements"), filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), were prepared pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by the Debtors with the assistance of their advisors and are unaudited.

These *Global Notes and Statement of Limitations, Methodologies, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, the Schedules and Statements. These Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements. To the extent that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

The Debtors and their professionals do not and cannot guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of, or caused in whole or in part by, the acts, errors, or omissions in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While diligent and reasonable efforts have been made to provide accurate and complete information in the Schedules and Statements based on information that was available at the time of preparation, inadvertent errors or omissions may exist. In no event shall the Debtors or their professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their professionals are advised of the possibility of such damages.

The Schedules and Statements have been signed by Keith Maib, Chief Restructuring Officer of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Maib necessarily relied upon the efforts, statements, and representations of the Debtors' management, other personnel, and advisors. Mr. Maib has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning the reason behind certain payments.

The Global Notes supplement and are in addition to any specific notes contained in each Debtor's respective Schedules or Statements. Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## Global Notes and Overview of Methodology

1. ***Description of Cases***. On March 31, 2025 (the "Petition Date"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court"). The Debtors' chapter 11 cases are jointly administered for procedural purposes only under the lead case caption *In re Hooters of America., et al.*, Case No. 25-80078-SWE (Bankr. N.D. Tex. 2025) [Docket No. [91]]. The Debtors are debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On April 15, 2025, the United States Trustee for the Northern District of Texas appointed a statutory committee of unsecured creditors pursuant to section 1102(a) and 1102(b)(1) of the Bankruptcy Code [Docket Nos. 187, 189].

2. ***"As Of" Information Date***. The information provided herein represents the data of the Debtors as of the Petition Date, unless otherwise indicated. Unless otherwise indicated herein or in the Schedules and Statements, the amounts set forth in the Schedules and Statements reflect net book value as of the Petition Date. Amounts ultimately realized may vary from the values ascribed in the Schedules and Statements and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend, modify or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

3. ***General Reservation of Rights***. Diligent and reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to (a) amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to amend the Schedules and Statements with respect to any claim (each a "Claim") description, designation, or Debtor against which the Claim is asserted; (b) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (c) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or (d) object to the extent, validity, enforceability, priority, or avoidability of any Claim.

   Furthermore, nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including any rights or Claims of the Debtors against any third party or issues involving Claims, substantive consolidation, equitable subordination, recharacterization, or defenses and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant applicable bankruptcy or nonbankruptcy laws to recover assets or avoid transfers.

   Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in the above paragraphs, nor shall it otherwise infringe upon the Debtors' rights to amend their Schedules and Statements at any time before these chapter 11 cases are closed, pursuant to Bankruptcy Rule 1009.

4. ***Basis of Presentation.*** Information contained in the Schedules and Statements has been derived from the Debtors' books and records. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements prepared under GAAP. Combining the assets and liabilities set forth in the Schedules and Statements would result in amounts that could be substantially different from financial information that would otherwise be prepared under GAAP.

To the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date. For the avoidance of doubt, nothing contained in the Schedules and Statement is indicative of the Debtors' enterprise value.

The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

5. ***Causes of Action***. Despite making diligent and reasonable efforts to identify all known assets, the Debtors may not have identified or set forth all of their causes of action (filed or potential) against third parties as assets in the Schedules and Statements, including causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all rights with respect to any causes of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, at law or in equity, or pursuant to any other theory (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action by the Debtors.

6. ***Court Orders***. Pursuant to certain orders of the Bankruptcy Court entered in these chapter 11 cases (the "First Day Orders"), the Debtors were authorized (but not directed) to pay, among other things, certain prepetition Claims of employees, PACA and PASA claimants, insurers, and taxing authorities. Accordingly, these liabilities may have been or may be satisfied in accordance with such orders and, therefore, generally are not listed in the Schedules and Statements or listed as undetermined amounts where appropriate. Regardless of whether such Claims are listed in the Schedules and Statements, to the extent such Claims are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend or supplement the Schedules and Statements as is necessary or appropriate, or to object or take other action as is necessary and appropriate to avoid over-payment of, or duplicate payments for, any such liabilities.

7.    ***Liabilities***.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.

8.    ***Excluded Assets and Liabilities***.  Certain immaterial or *de minimis* assets and liabilities may have been excluded.  The Debtors have also excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that have not been rejected, to the extent such damage Claims exist.

9.    ***Property Rights.***  Exclusion of certain property from the Schedules and Statements shall not be construed as an admission that such property rights have been abandoned, terminated, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain property shall not be construed to be an admission that such property rights have not been abandoned, have not been terminated, expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

10.    ***Property and Equipment***.  Unless otherwise indicated, owned property and equipment are stated at net book value.  The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  Any such leases are set forth in the Schedules and Statements.  Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect thereto.

11.    ***Intercompany Payables and Receivables***.  The listing by the Debtors of any account between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be collectible, or allowed as a Claim, an Interest, or not allowed at all.  The Debtors and all parties in interest reserve all rights with respect to such accounts.

12.    ***Estimates***.  To prepare and file the Schedules and Statements in accordance with the deadline established in these chapter 11 cases, the Debtors were required to make certain estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statement, and the reported amounts of revenues and expenses during the applicable reporting periods.  The Debtors reserve all rights to amend, supplement, or otherwise modify the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

13.    ***Fiscal Year***.  Unless otherwise indicated, each Debtor's most recent fiscal year ended on December 29, 2024.

14. ***Currency***.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.  Currency conversions are generally as of the Petition Date.

15. ***Executory Contracts and Unexpired Leases***.  Although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases on Schedule G, it is possible that more Debtor entities are a counterparty to certain executory contracts on Schedule G than will be listed.  The Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.  In addition, although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by any counterparty to such contract or lease.  Moreover, nothing in the Schedules and Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease or financing arrangement (including whether any lease or financing arrangement is a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

The Debtors have historically performed under certain executory contracts between non-debtors.  The Debtors have listed such contracts on Schedule G and indicated the parties to such contracts in these Global Notes.

16. ***Insiders***.  In instances where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals and entities who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.  Such individuals may no longer serve in such capacities.

The listing or omitting a party as an insider for purposes of the Schedules and Statements is for informational purposes only and is not intended to be, nor should it be, construed as an admission of the legal characterization of such party as an insider for purpose of section 101(31) of the Bankruptcy Code.  Moreover, the Debtors do not take any position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that they are not an "insider" or "affiliate" under applicable law or with respect to any theories of liability or for any other purpose.

17. ***Totals***.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be different than the listed total.

18. ***Unliquidated Claim Amounts***.  Claim amounts that could not be quantified by the Debtors are scheduled as "unliquidated."

19.     ***Undetermined Amounts***.   The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount.

20.     ***Credits and Adjustments***.   The claims of individual creditors for, among other things, goods, products, or services are listed as amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors.   The Debtors reserve all of their rights respecting such credits, allowances and other adjustments, including the right to assert Claim objections and/or setoffs with respect to the same.

21.     ***Guaranties and Other Secondary Liability Claims***.   The Debtors have used their best efforts to locate and identify guaranties and other secondary liability claims (collectively, the "Guaranties") in their executory contracts, unexpired leases, debt instruments, and other such agreements; however, a review of these agreements, specifically the Debtors' leases and contracts, is ongoing.   Where such Guaranties have been identified, they have been included in the relevant Schedule for the Debtor or Debtors affected by such Guaranties.   The Debtors have reflected the Guaranty obligations for both the primary obligor and the guarantor with respect to their financings and debt instruments on Schedules G and H.

22.     ***Mechanics' Liens***.   The property and equipment listed in the Schedules are presented without consideration of any mechanics', materialmans', or other similar statutory liens.  Such liens may apply, and the Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor.

23.     ***Entity Classification Issues***.   The Debtors have used their best efforts to identify the assets owned by each Debtor, the liabilities owed by each Debtor, and the Debtor that is a counterparty to executory contacts and unexpired leases; however, there are certain inherent limitations in making such identifications, including that: (a) certain assets and executory contacts and unexpired leases may be primarily used by a Debtor other than the entity which holds title to such assets or is a party to such executory contact and unexpired lease according to the Debtors' books and records; (b) the Debtor entity that owns or holds title to certain assets or is a party to certain executory contracts and unexpired leases may not be ascertainable given the consolidated manner in which the Debtors have operated their businesses; (c) certain liabilities may have been nominally incurred by one Debtor, yet such liabilities may have actually been incurred by, or the invoices related to such liabilities may have been issued to or in the name of, another Debtor; and (d) certain creditors of the Debtors may have treated one or more of the Debtors as a consolidated entity rather than as differentiated entities.

In particular, due to the Debtor's ordinary course practices of keeping their books and records, it is not possible to independently report the financial results of five of the subsidiary entities.   Consequently, the consolidated financial reports of HOA Maryland Restaurant Holder, LLC (46-5591608) and HOA Kansas Restaurant Holder, LLC (46-5553883) are consolidated with their respective immediate parent company, HOA

Restaurant Holder, LLC (46-5553883).  The financial results of three direct subsidiaries of HOA Maryland Restaurant Holder, LLC, which are HOA Towson LLC (46-5711942), HOA Laurel, LLC (46-5725010), and HOA Waldorf, LLC (46-5735425) are consolidated with HOA Restaurant Holder, LLC, the immediate parent of HOA Maryland Restaurant Holder, LLC.

## Specific Disclosures with Respect to the Debtors' Schedules

24.   ***Schedule A/B.***  Certain of the instruments reflected on Schedule A may contain renewal options, guarantees of payments, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not separately set forth on Schedule A.  The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule A is an executory contract within the meaning of section 365 of the Bankruptcy Code.  The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A or Schedule G, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement) related to a creditors' claim.

The Debtors' failure to list any rights in property on Schedule A/B should not be construed as a waiver of any such rights that may exist, whether known or unknown at this time.

25.   ***Schedule A/B 3.***  Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue Certain Intercompany Transactions, and (II) Granting Related Relief* [Docket No. 12] (the "Cash Management Motion").

26.   ***Schedule A/B 7.***  The Debtors are required to make deposits from time to time with various vendors, landlords, and service providers in the ordinary course of business.  The Debtors have exercised reasonable efforts to report the current value of any deposits.  The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding.

27.   ***Schedule A/B 8.***  The Debtors are required to make prepayments from time to time with various vendors, landlords, and service providers in the ordinary course of business.  The Debtors have exercised reasonable efforts to identify any prepayments.  The Debtors may have inadvertently omitted certain prepayments and conversely may have reported prepayments for which services have already been provided.  The Debtors reserve their rights, but undertake no obligation, to amend the Schedules and Statements if prepayments are incorrectly identified.

28.   ***Schedule A/B 21.***  The Debtors' inventory on the balance sheet consists of food and beverage products.  Paper products are expensed upon acquisition and not recorded in inventory on the balance sheet.  The Debtors take inventory every two-weeks.  As such, the finished good inventory reported in response to Question 21 is as of March 23, 2025, the last inventory recorded prior to the Petition Date.  The Debtors reviewed inventories

taken as of April 6, 2025 and the amounts were not materially different than the March 23, 2025 inventories.

29. **Schedule A/B 55.** Leasehold interests that have been rejected pursuant to the rejection procedures set forth in the *Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 158] are not included in Schedule A/B 55.

30. **Schedule A/B 60–62.** The Debtors report intellectual property assets as net book value based on the Debtors' books and records whenever applicable. Values are listed as undetermined where appropriate.

31. **Schedule A/B 72.** The Debtors believe, but have been unable to verify, that they may hold interests in unused net operating losses. The Debtors will amend this Schedule to the extent necessary as the Debtors receive additional information.

32. **Schedule A/B 73.** The Debtors maintain a variety of insurance policies including property, general liability, and workers' compensation policies and other employee related policies. A list of the Debtors insurance policies and related information is available in the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Prepetition Insurance Program and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, (C) Continue to Pay Brokerage Fees, and (D) Maintain Their Surety Bond Program and (II) Granting Related Relief* [Docket No. 8] (the "Insurance Motion"). The Debtors believe that there is little or no cash value to the vast majority of such insurance policies and therefore such policies are not listed on Schedule A/B but may be found in Exhibit A to the Insurance Motion.

33. **Schedule A/B 75.** In the ordinary course of business, the Debtors may have accrued, or may subsequently accrue, certain rights to counterclaims, crossclaims, setoffs, refunds with their customers and suppliers, or potential warranty claims against their suppliers. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counterclaims and/or crossclaims as a defendant. Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

34. **Schedule A/B 77.** The Debtors continue to review intercompany receivables and payables and, for the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including with respect to the characterization of intercompany claims, loans, and notes.

35. **Schedule D.** Except as otherwise agreed pursuant to a stipulation, or agreed order, or general order entered by the Bankruptcy Court that is or becomes final, the Debtors and their estates reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization

of the structure of any such transaction or any document or instrument related to such creditor's claim. Further, while the Debtors have included the results of Uniform Commercial Code searches, the listing of such results is not, nor shall it be deemed, an admission as to the validity of any such lien. The Debtors made reasonable, good faith efforts to include all liens on Schedule D, but may have inadvertently omitted an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation. Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

Schedule D does not include parties who have filed notices of perfection of liens pursuant to section 546(b) of the Bankruptcy Code.

In certain instances, a Debtor may be a co-obligor, or guarantor with respect to scheduled claims of another Debtor, however no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

36.   ***Schedule E/F, Part 1: Creditors Holding Priority Unsecured Claims.*** The listing of any claim on Schedule E/F, Part 1 does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and the priority status of any claim on any basis at any time. Further, to the extent such claims have been paid or may be paid pursuant to a court order, they may not be included on Schedule E.

37.   ***Schedule E/F, Part 2: Creditors Holding Non-Priority Unsecured Claims.***

The Debtors have used their reasonable best efforts to list all general unsecured claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records.

The Debtors have attempted to relate all liabilities to each particular Debtor. Certain creditors listed on Schedule E/F may owe amounts to the Debtors and, as such, the Debtors may have valid setoff or recoupment rights with respect to such amounts. The amounts listed on Schedule E/F do not reflect any such right of setoff or recoupment and the Debtors reserve all rights to assert any such setoff or recoupment rights. Additionally, certain creditors may assert mechanics', materialman's, or other similar liens against the Debtors for amounts listed on Schedule E/F. The Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F of any Debtor.

Schedule E/F does not include certain deferred credits, deferred charges, deferred liabilities, accruals, or general reserves, such as accrued tax or wage related obligations.

Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date. Additionally, the Debtors have excluded wage claims that have been paid or will be paid pursuant to the *Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Employee Benefits Obligations, and Other Compensation, and (B) Continue Employee Benefits Programs and Pay Related Administrative Obligations; and (II) Granting Related Relief* [Docket No. 93], and certain trade claims that qualify as PACA/PASA Claims pursuant to the *Final Order (I) Authorizing Debtors to Pay Certain Prepetition Claims of Certain Section 503(b)(9) Claimants, and PACA/PASA Claimants (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests, and (III) Granting Related Relief* [Docket No. 258].

The claims listed in Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule E/F.

Schedule E/F contains information regarding pending litigation involving the Debtors, but not any potential litigation that has been threatened but not commenced. In certain instances, the Debtor or related co-defendants that are the subject of the litigation may be unclear or undetermined. To the extent that litigation involving a particular Debtor or related co-defendant has been identified, such information is contained in the Schedule for that Debtor. Additionally, to the extent the identification of contingent co-defendants is unknown or unclear, the Debtors have listed only the underlying litigation. The amounts for these potential claims are listed as undetermined and marked as contingent, unliquidated, and disputed in the Schedules.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in whole or in part in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease. In addition, Schedule E/F does not include rejection damage claims of the counterparties to the executory contracts or unexpired leases that may be rejected, to the extent such damage claims exist. Further, Schedule E/F may include certain mechanics or materialmen's liens against non-debtor property leased by the Debtors. The Debtors believe these are general unsecured claims, if and to the extent they are valid Claims, which the Debtors reserve the right to dispute, and the inclusion of such Claims should not be construed as an admission that such Claims are valid.

38.    ***Schedule G.*** While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors, and although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or inclusions may have occurred. The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend or supplement Schedule G as necessary. The contracts, agreements, and leases listed on Schedule G may have expired or may have been

11

modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In some cases, the same supplier or provider may appear multiple times in Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

In the ordinary course of business, the Debtors may have issued numerous purchase orders for goods, supplies, products, services, and related items which, to the extent that such purchase orders constitute executory contracts, are not listed individually on Schedule G. To the extent that goods, supplies, or products were delivered, or services performed under purchase orders before the Petition Date, vendors' claims with respect to such delivered goods, supplies, or product and performed services are included on Schedule E/F.

As a general matter, certain of the Debtors' executory contracts and unexpired leases could be included in more than one category. In those instances, one category has been chosen to avoid duplication. Further, the designation of a category is not meant to be wholly inclusive or descriptive of the entirety of the rights or obligations represented by such contract.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, right to lease additional space, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, rights of way, subordination, non-disturbance, and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements, and division order agreements. Such documents also are not set forth in Schedule G.

The Debtors hereby reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim, to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G, and to amend or supplement Schedule G as necessary. The inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by the counterparty to such contract or lease, and the Debtors reserve all rights in that regard,

including, without limitation, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

Although the Debtors have made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, the specific Debtor obligor to certain of the executory contracts or unexpired leases could not be specifically ascertained in every circumstance. In such cases, the Debtors used their best efforts to determine the correct Debtor's Schedule G on which to list such executory contract or unexpired lease.

In the ordinary course of business, the Debtors may have entered into confidentiality agreements which, to the extent that such confidentiality agreements constitute executory contracts, are not listed individually on Schedule G.

39.     **Schedule H.**   The Debtors have not listed any litigation-related to co-Debtors on Schedule H. Instead, such listings can be found on the Debtors' Schedules E/F.

## Specific Disclosures with Respect to the Debtors' Statements

40.     **Statements 3**.  Statement 3 includes any disbursement or other transfer made by a Debtor where the aggregate transfers exceed $7,575, except for regular employee compensation and those made to insiders, which are reflected on Statements 4.

41.     **Statements 4 & 30.**  The Debtors have included responses to Statement 30 in Statement 4.

In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to certain individuals who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.

Payments to the Chief Restructuring Officer are not included on Statement 4 and instead are included on Statement 11.

42.     **Statement 5.**  In the one year before the Petition Date, certain of the Debtors' landlords at the leased properties where the Debtors operated restaurants exercised contractual rights to terminate the leases. The Debtors did not own those leased properties, so the value associated with such property was not attributable to the Debtors' estates prior to the Petition Date.

43.     **Statement 7.**  The Debtors used reasonable efforts to identify all pending litigation and assign appropriate descriptions thereto. Statement 7 does not include potential litigation that has been threatened but not yet commenced. In the event that the Debtors discover additional information pertaining to these legal actions identified in response to Question

7, or additional legal actions, the Debtors will use reasonable efforts to supplement the Statements in light thereof.

Despite reasonable efforts, the Debtors may not have identified all current causes of action the Debtors may have against third parties in their respective Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.

The Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and administrative proceedings. The listing of such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors. The Debtors also reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings.

44. *Statement 9*. In the ordinary course of business, the Debtors host fundraising events at various stores to raise money for certain charities. Payments to charitable organizations listed on this response to Question 9 may include fundraiser proceeds collected by Debtor and non-Debtor participants. More information about the Debtors' fundraising activities can be found in the Cash Management Motion.

45. *Statement 11.* The Debtors have used reasonable efforts to identify payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date. The Debtors believe that it would be an inefficient use of the assets of the estates to allocate these payments on a Debtor-by-Debtor basis. The Debtors have listed all such payments on the Statement of Hooters of America, LLC. Additional information regarding the Debtors' retention of professional service firms is more fully described in the individual retention applications for those firms and related orders.

46. *Statement 13*. The Debtors may, from time to, transfer equipment and other assets and/or sell certain equipment and other assets to third parties. These types of ordinary course transfers have not been disclosed. The Debtors may also abandon assets in place at the locations for which they have no future use or have been unable to sell to a third party. These types of transfers have not been disclosed.

47. *Statement 14.* To the extent that the Debtors vacated store locations during the three years immediately preceding the Petition Date, information on those former store locations is contained in the Debtors' response to Statement 14.

48. *Statement 26(d).* From time to time, the Debtors provided financial statements in the ordinary course of business to numerous parties for business, statutory, credit, financing and other reasons. Recipients have included regulatory agencies, financial institutions, investment banks, vendors, landlords, debtholders and their legal and financial advisors. Financial statements may have also been provided to other parties as requested, subject to

customary non-disclosure requirements where applicable.  In the event such financial statements are provided, the Debtors do not maintain complete lists or other records tracking such disclosures. Therefore, the Debtors have not provided full lists of these parties in their response to Statement 26.

49.     ***Statement 28.***   For purposes of the Schedules and Statements, the Debtors define "controlling shareholders" to include entities that directly hold in excess of 5% of the ownership interests in the applicable Debtor entity.   Entities listed as "controlling shareholders" have been included for informational purposes only.  The Debtors do not take any position with respect to such entity's influence over the control of the Debtors or whether such entity could successfully argue that it is not a "controlling shareholder" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

Debtor   **DW Restaurant Holder, LLC** _____   Case number (if known)   **25-80103**
         Name

| **Fill in this information to identify the case:** |
| --- |

Debtor name   **DW Restaurant Holder, LLC** _____

United States Bankruptcy Court for the:   **Northern District of Texas (Dallas)** _____

Case number (if known)   **25-80103** _____

☐ Check if this is an
  amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                12/15

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a.  **Real property:**
        Copy line 88 from Schedule A/B.................................................................   $ **7,234,553.21**
        **plus undetermined amounts**

   1b.  **Total personal property:**
        Copy line 91A from Schedule A/B...............................................................   $ **386,747,789.20**
        **plus undetermined amounts**

   1c.  **Total of all property:**
        Copy line 92 from Schedule A/B.................................................................   $ **393,982,342.41**
        **plus undetermined amounts**

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............................   $ **307,266,532.04**
    **plus undetermined amounts**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a.  **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................   $ **220,300.55**
        **plus undetermined amounts**

   3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................   +$ **386,653,596.92**
        **plus undetermined amounts**

4.  **Total liabilities** ..........................................................................................................
    Lines 2 + 3a + 3b

    | $ **694,140,429.51** |
    | --- |
    | **plus undetermined amounts** |

**Fill in this information to identify the case:**

Debtor name    **DW Restaurant Holder, LLC**

United States Bankruptcy Court for the:    **Northern District of Texas (Dallas)**

Case number (if known)    **25-80103**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

  ☐ No. Go to Part 2.

  ■ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.    **Cash on Hand**

| 2.1 | PETTY CASH IN STORES OR IN TRANSIT FROM STORES | $56,264.18 |
|---|---|---|

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | BANK OF AMERICA | RESTAURANT DEPOSIT ACCOUNT | 9341 | $0.00 |
| 3.2 | BANK OF AMERICA | RESTAURANT DISBURSEMENT ACCOUNT | 3962 | $0.00 |
| 3.3 | BANK OF AMERICA | MISCELLANEOUS RESTAURANT ACCOUNT | 3746 | $1,316.02 |

| Debtor | **DW Restaurant Holder, LLC** | Case number (*if known*) | **25-80103** |
|---|---|---|---|
| | Name | | |

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 4. | **Other cash equivalents** (*Identify all*) | |
| 4.1 | | $0.00 |

| 5. | **Total of Part 1.** <br> Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$57,580.20** |
|---|---|---|

| **Part 2:** | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☒ Yes. Fill in the information below

| | | Current value of debtor's interest |
|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** <br> Description, including name of holder of deposit | |
| 7.1 | AES INDIANA | AES INDIANA | $4,540.00 |
| 7.2 | AES OHIO | AES OHIO | $882.00 |
| 7.3 | ATMOS ENERGY | ATMOS ENERGY | $2,619.00 |
| 7.4 | ATMOS ENERGY | ATMOS ENERGY | $3,000.00 |
| 7.5 | ATMOS ENERGY | ATMOS ENERGY | $3,000.00 |
| 7.6 | BRIGHTRIDGE | BRIGHTRIDGE | $7,100.00 |
| 7.7 | CDE - CLARKSVILLE DEPT OF ELEC | CDE - CLARKSVILLE DEPT OF ELEC | $8,944.00 |
| 7.8 | CENTERPOINT (03) - OF OHIO | CENTERPOINT (03) - OF OHIO | $197.00 |
| 7.9 | CENTERPOINT (03) - OF OHIO | CENTERPOINT (03) - OF OHIO | $414.00 |
| 7.10 | CENTERPOINT ENERGY | CENTERPOINT ENERGY | $1,636.00 |
| 7.11 | CENTERPOINT ENERGY | CENTERPOINT ENERGY | $507.00 |
| 7.12 | CENTERPOINT ENERGY | CENTERPOINT ENERGY | $92.00 |
| 7.13 | CENTERPOINT ENERGY | CENTERPOINT ENERGY | $58.00 |
| 7.14 | CENTERPOINT ENERGY | CENTERPOINT ENERGY | $393.00 |
| 7.15 | CENTERPOINT ENERGY | CENTERPOINT ENERGY | $558.00 |
| 7.16 | CHATTANOOGA GAS COMPANY | CHATTANOOGA GAS COMPANY | $3,340.00 |
| 7.17 | CITIZENS ENERGY GROUP | CITIZENS ENERGY GROUP | $212.00 |
| 7.18 | CITIZENS ENERGY GROUP | CITIZENS ENERGY GROUP | $487.00 |
| 7.19 | CITY OF ALCOA UTILITIES | CITY OF ALCOA UTILITIES | $1,588.00 |

| Debtor | **DW Restaurant Holder, LLC** | Case number (*if known*) | 25-80103 |
|--------|-------------------------------|--------------------------|----------|
| | Name | | |

| | | | Current value of debtor's interest |
|---|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** | | |
| | Description, including name of holder of deposit | | |
| 7.20 | CITY OF CHATTANOOGA TN | CITY OF CHATTANOOGA TN | $580.00 |
| 7.21 | CITY OF GOODLETTSVILLE | CITY OF GOODLETTSVILLE | $250.00 |
| 7.22 | CITY OF GOODLETTSVILLE | CITY OF GOODLETTSVILLE | $39.00 |
| 7.23 | CITY OF LAFAYETTE | CITY OF LAFAYETTE | $188.00 |
| 7.24 | CITY OF TOLEDO UTILITIES | CITY OF TOLEDO UTILITIES | $424.00 |
| 7.25 | CLARKSVILLE GAS & WATER DEPT | CLARKSVILLE GAS & WATER DEPT | $890.00 |
| 7.26 | COLUMBIA GAS OF KENTUCKY | COLUMBIA GAS OF KENTUCKY | $2,540.00 |
| 7.27 | COLUMBIA GAS OF OHIO | COLUMBIA GAS OF OHIO | $712.00 |
| 7.28 | CONSTELLATION GAS BOX 5473 | CONSTELLATION GAS BOX 5473 | $358.00 |
| 7.29 | DUKE ENERGY INDIANA | DUKE ENERGY INDIANA | $4,650.00 |
| 7.30 | DUKE ENERGY INDIANA | DUKE ENERGY INDIANA | $4,030.00 |
| 7.31 | DUKE ENERGY INDIANA | DUKE ENERGY INDIANA | $164.00 |
| 7.32 | DUKE ENERGY KENTUCKY | DUKE ENERGY KENTUCKY | $111.00 |
| 7.33 | DUKE ENERGY KENTUCKY | DUKE ENERGY KENTUCKY | $14,010.00 |
| 7.34 | DUKE ENERGY KENTUCKY | DUKE ENERGY KENTUCKY | $5,980.00 |
| 7.35 | DUKE ENERGY OHIO | DUKE ENERGY OHIO | $2,342.00 |
| 7.36 | EPB ELECTRIC POWER BOARD | EPB ELECTRIC POWER BOARD | $1,636.00 |
| 7.37 | EPB ELECTRIC POWER BOARD | EPB ELECTRIC POWER BOARD | $10,200.00 |
| 7.38 | EVANSVILLE WATER AND SEWER | EVANSVILLE WATER AND SEWER | $524.00 |
| 7.39 | FLORENCE WATER & SEWER DEPT | FLORENCE WATER & SEWER DEPT | $331.00 |
| 7.40 | INDIANA AMERICAN WATER | INDIANA AMERICAN WATER | $216.00 |
| 7.41 | INDIANA AMERICAN WATER | INDIANA AMERICAN WATER | $293.00 |
| 7.42 | INDIANA AMERICAN WATER | INDIANA AMERICAN WATER | $548.00 |
| 7.43 | INDIANA AMERICAN WATER | INDIANA AMERICAN WATER | $33.00 |
| 7.44 | JEFFERSONVILLE WASTEWTR DEPT | JEFFERSONVILLE WASTEWTR DEPT | $348.00 |
| 7.45 | JOHNSON CITY UTILITY SYSTEM | JOHNSON CITY UTILITY SYSTEM | $553.00 |
| 7.46 | KENTUCKY AMERICAN WATER | KENTUCKY AMERICAN WATER | $155.00 |
| 7.47 | KENTUCKY UTILITIES- PA | KENTUCKY UTILITIES- PA | $1,466.00 |
| 7.48 | KUB- KNOXVILLE UTILITIES BOARD | KUB- KNOXVILLE UTILITIES BOARD | $14,000.00 |
| 7.49 | KUB- KNOXVILLE UTILITIES BOARD | KUB- KNOXVILLE UTILITIES BOARD | $28,000.00 |
| 7.50 | LEXINGTON-FAYETTE URBAN CTY GO | LEXINGTON-FAYETTE URBAN CTY GO | $258.00 |

| Debtor | **DW Restaurant Holder, LLC** | | Case number (*if known*) **25-80103** |
|---|---|---|---|
| | Name | | |

| | | | Current value of debtor's interest |
|---|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** | | |
| | Description, including name of holder of deposit | | |
| 7.51 | LEXINGTON-FAYETTE URBAN CTY GO | LEXINGTON-FAYETTE URBAN CTY GO | $16.00 |
| 7.52 | LEXINGTON-FAYETTE URBAN CTY GO | LEXINGTON-FAYETTE URBAN CTY GO | $10.00 |
| 7.53 | LOUISVILLE GAS & ELECTRIC | LOUISVILLE GAS & ELECTRIC | $6,066.00 |
| 7.54 | LOUISVILLE GAS & ELECTRIC | LOUISVILLE GAS & ELECTRIC | $6,020.00 |
| 7.55 | LOUISVILLE WATER COMPANY RPPS | LOUISVILLE WATER COMPANY RPPS | $399.00 |
| 7.56 | LOUISVILLE WATER COMPANY RPPS | LOUISVILLE WATER COMPANY RPPS | $370.00 |
| 7.57 | MADISON SUBURBAN UTILITY DIST | MADISON SUBURBAN UTILITY DIST | $148.00 |
| 7.58 | MEMPHIS LIGHT GAS & H2O | MEMPHIS LIGHT GAS & H2O | $2,781.00 |
| 7.59 | MEMPHIS LIGHT GAS & H2O | MEMPHIS LIGHT GAS & H2O | $2,434.00 |
| 7.60 | MERRILLVILLE CONSERVANCY DISTR | MERRILLVILLE CONSERVANCY DISTR | $195.00 |
| 7.61 | METRO WATER SERVICES | METRO WATER SERVICES | $2,000.00 |
| 7.62 | MIDDLE TENNESSEE ELECTRIC | MIDDLE TENNESSEE ELECTRIC | $12,000.00 |
| 7.63 | MISHAWAKA UTILITIES | MISHAWAKA UTILITIES | $1,911.00 |
| 7.64 | MONTGOMERY COUNTY ENV SVCS | MONTGOMERY COUNTY ENV SVCS | $414.00 |
| 7.65 | MURFREESBORO WATER & SEWER DEP | MURFREESBORO WATER & SEWER DEP | $398.00 |
| 7.66 | NASHVILLE ELECTRIC SERVICE | NASHVILLE ELECTRIC SERVICE | $1,545.00 |
| 7.67 | NASHVILLE ELECTRIC SERVICE | NASHVILLE ELECTRIC SERVICE | $1,676.00 |
| 7.68 | NIPSCO | NIPSCO | $2,676.00 |
| 7.69 | NIPSCO | NIPSCO | $737.00 |
| 7.70 | NIPSCO | NIPSCO | $3,219.00 |
| 7.71 | NIPSCO | NIPSCO | $4,682.00 |
| 7.72 | NORTHERN KENTUCKY WTR DISTRICT | NORTHERN KENTUCKY WTR DISTRICT | $745.00 |
| 7.73 | PIEDMONT NATURAL GAS | PIEDMONT NATURAL GAS | $3,851.00 |
| 7.74 | PIEDMONT NATURAL GAS | PIEDMONT NATURAL GAS | $3,408.00 |
| 7.75 | PORTAGE UTILITIES IN | PORTAGE UTILITIES IN | $546.00 |
| 7.76 | SD1 | SD1 | $161.00 |
| 7.77 | SD1 | SD1 | $1,080.00 |
| 7.78 | SD1 | SD1 | $313.00 |
| 7.79 | TENNESSEE-AMERICAN WATER CO | TENNESSEE-AMERICAN WATER CO | $298.00 |
| 7.80 | TOLEDO EDISON | TOLEDO EDISON | $1,348.00 |
| 7.81 | TOWN OF SCHERERVILLE | TOWN OF SCHERERVILLE | $654.00 |

| Debtor | **DW Restaurant Holder, LLC** | Case number (*if known*) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | **Current value of debtor's interest** |
|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** | |
| | Description, including name of holder of deposit | |
| 7.82 | WARREN COUNTY W & S DEPT OH | WARREN COUNTY W & S DEPT OH | $514.00 |

| | | **Current value of debtor's interest** |
|---|---|---|
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| | Description, including name of holder of prepayment | |
| 8.1 | | $0.00 |

| 9. | **Total of Part 2.** | |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | **$198,011.00** |

---

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

■ Yes. Fill in the information below

| | | **Current value of debtor's interest** |
|---|---|---|
| 11. | **Accounts receivable** | |

| 11a. 90 days old or less: | $624,813.57 | - | $0.00 | = | $624,813.57 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | $893.73 | - | $0.00 | = | $893.73 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | **$625,707.30** |

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.

☐ Yes. Fill in the information below

---

Debtor   **DW Restaurant Holder, LLC**                                    Case number (*if known*) **25-80103**
         Name

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 14.1 | | $0.00 |

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity:          % of ownership | | |
| 15.1 | | $0.00 |

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | |
| 16.1 | | $0.00 |

| 17. **Total of Part 4.** Add lines 14 through 16. Copy the total to line 83. | $0.00 |
|---|---|

**Part 5:**   Inventory, excluding agriculture asset

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

■ Yes. Fill in the information below

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 19.1 | | | | $0.00 |

| Debtor | **DW Restaurant Holder, LLC** | | Case number (*if known*) | **25-80103** |
|---|---|---|---|---|
| | Name | | | |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **20.** | **Work in progress** | | | |
| 20.1 | | | | $0.00 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **21.** | **Finished goods, including goods held for resale** | | | |
| 21.1 | FINISHED GOOD INVENTORY - FOOD AND PAPER PRODUCTS | 3/23/2025 | $805,789.50 | LOWER OF COST OR MARKET | $805,789.50 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **22.** | **Other inventory or supplies** | | | |
| 22.1 | | | | $0.00 |

**23.    Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| | **$805,789.50** |

**24.    Is any of the property listed in Part 5 perishable?**

☐ No.

■ Yes.

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

■ Yes. Book value        $805,789.50    Valuation method    LOWER OF COST OR MARKET    Current Value    $805,789.50

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No.

☐ Yes.

Debtor    **DW Restaurant Holder, LLC**                                    Case number (*if known*)  **25-80103**

_____
Name

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.    Crops-either planted or harvested**

28.1 _____   _____   _____   $0.00

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**29.    Farm animals** *Examples: Livestock, poultry, farm-raised fish*

29.1 _____   _____   _____   $0.00

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**30.    Farm machinery and equipment** *(Other than titled motor vehicles)*

30.1 _____   _____   _____   $0.00

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**31.    Farm and fishing supplies, chemicals, and feed**

31.1 _____   _____   _____   $0.00

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**32.    Other farming and fishing-related property not already listed in Part 6**

32.1 _____   _____   _____   $0.00

| Debtor | **DW Restaurant Holder, LLC** | Case number (*if known*) | **25-80103** |
|---|---|---|---|
| | Name | | |

**33.    Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

**34.    Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No.

☐ Yes.

**35.    Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes. Book value _____    Valuation method _____    Current Value _____

**36.    Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

**37.    Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

■ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.    Office furniture** | | | |
| 39.1    FURNISHINGS | $195,220.91 | NET BOOK VALUE | $195,220.91 |

Debtor  **DW Restaurant Holder, LLC** _____    Case number (*if known*) **25-80103**
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **40.**    **Office fixtures** | | | |
| 40.1    FIXTURES, SIGNAGE | $169,199.29 | NET BOOK VALUE | $169,199.29 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **41.**    **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1    COMPUTER HARDWARE, SOUND/VIDEO, COMMUNICATION EQUIPMENT | $667,326.21 | NET BOOK VALUE | $667,326.21 |
| 41.2    COMPUTER SOFTWARE | $521.12 | NET BOOK VALUE | $521.12 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **42.**    **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1    STORE ARTIFACTS | $10,943.52 | NET BOOK VALUE | $10,943.52 |

**43.**    **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86

$1,043,211.05

**44.**    **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.

☑ Yes.

**45.**    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

Debtor  **DW Restaurant Holder, LLC**                                          Case number (*if known*)  **25-80103**
_____
Name

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes. Fill in the information below

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | $0.00 |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | $0.00 |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|
| 49.  **Aircraft and accessories** | | | |
| 49.1 | | | $0.00 |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1   STORE EQUIPMENT | $1,864,970.72 | NET BOOK VALUE | $1,864,970.72 |

51.  **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

|  |
|---|
| **$1,864,970.72** |

| Debtor | **DW Restaurant Holder, LLC** | Case number (*if known*) | **25-80103** |
|---|---|---|---|
| | Name | | |

**52.   Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No.

■ Yes.

**53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No.

☐ Yes.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes. Fill in the information below

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.1 (RESTAURANT) STORE NO. 110 INDY DOWNTOWN 25 W. GEORGIA STREET INDIANAPOLIS, IN 46225 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.2 (RESTAURANT) STORE NO. 116 JOHNSON CITY 2288 N ROANE STREET JOHNSON CITY, TN 37601 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.3 (RESTAURANT) STORE NO. 128 KINGSTON PIKE 8050 KINGSTON PIKE KNOXVILLE, TN 37919 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.4 (RESTAURANT) STORE NO. 129 LAFAYETTE IN 2327 SAGAMORE PARKWAY LAFAYETTE, IN 40509 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.5 (RESTAURANT) STORE NO. 140 LEXINGTON 3101 RICHMOND RD - STE 15 LEXINGTON, KY 40509 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.6 (RESTAURANT) STORE NO. 156 MERRILLVILLE 771 EAST 81ST PLACE MERRILLVILLE, IN 46410 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.7 (RESTAURANT) STORE NO. 173 HARDING PLACE 217 LARGO DRIVE NASHVILLE, TN 37211 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |

| Debtor | **DW Restaurant Holder, LLC** | Case number (*if known*) | **25-80103** |
|---|---|---|---|
| | Name | | |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55. | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |

| | Description and location of property | Nature and extent | Net book value | Valuation method | Current value |
|---|---|---|---|---|---|
| 55.8 | (RESTAURANT) STORE NO. 176 NEWPORT 301 RIVERBOAT ROW NEWPORT, KY 41071 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.9 | (RESTAURANT) STORE NO. 214 PRESTON 7701 PRESTON HWY LOUISVILLE, KY 40219 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.10 | (RESTAURANT) STORE NO. 220 RIVERGATE 654 WADE CIRCLE GOODLETTSVILLE, TN 37072 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.11 | (RESTAURANT) STORE NO. 245 SPRINGDALE 12185 SPRINGFIELD PIKE CINCINNATI, OH 45246 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.12 | (RESTAURANT) STORE NO. 260 TOLEDO 4782 MONROE STREET TOLEDO, OH 43623 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.13 | (RESTAURANT) STORE NO. 386 ALCOA 1094 HUNTER CROSSING DR ALCOA, TN 37701 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.14 | (RESTAURANT) STORE NO. 409 JEFFERSONVILLE 700 W RIVERSIDE DR JEFFERSONVILLE, IN 47130 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.15 | (RESTAURANT) STORE NO. 41 CHATTANOOGA 5912 BRAINERD RD CHATTANOOGA, TN 37421 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.16 | (RESTAURANT) STORE NO. 428 WOLFCHASE 2838 NEW BRUNSWICK RD MEMPHIS, TN 38133 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.17 | (RESTAURANT) STORE NO. 468 DAYTON 6851 MILLER LANE DAYTON, OH 45414 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.18 | (RESTAURANT) STORE NO. 472 FORT CAMPBELL 750 N RIVERSIDE DR CLARKSVILLE, TN 37040 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.19 | (RESTAURANT) STORE NO. 508 FLORENCE 7200 HOUSTON RD FLORENCE, KY 41042 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.20 | (RESTAURANT) STORE NO. 549 MERCHANTS DRIVE 5005 CENTRAL AVE KNOXVILLE, TN 37912 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |

Debtor  **DW Restaurant Holder, LLC** _____  Case number (*if known*) **25-80103**
Name

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.21 (RESTAURANT) STORE NO. 554 SCHERERVILLE 1650 US HWY 41 - STE A SCHERERVILLE, IN 46375 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.22 (RESTAURANT) STORE NO. 565 MEMPHIS DOWNTOWN 250 PEABODY PLACE - STE 101 MEMPHIS, TN 38103 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.23 (RESTAURANT) STORE NO. 67 DUPONT 4120 DUTCHMAN'S LANE LOUISVILLE, KY 40207 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.24 (RESTAURANT) STORE NO. 73 EVANSVILLE 4620 LINCOLN AVE EVANSVILLE, IN 47715 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.25 (RESTAURANT) STORE NO. 787 MURFREESBORO 730 NW BROAD STREET MURFREESBORO, TN 37129 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.26 (RESTAURANT) STORE NO. 804 MISHAWAKA 205 W. DAY ROAD MISHAWAKA, IN 46545 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.27 (RESTAURANT) STORE NO. 858 PORTAGE 1655 OLMSTEAD DRIVE PORTAGE, IN 46368 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.28 (RESTAURANT) STORE NO. 873 MASON 9890 ESCORT DRIVE MASON, OH 45040 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.29 (RESTAURANT) STORE NO. 92 GREENWOOD IN 7551 SOUTH US 31 INDIANAPOLIS, IN 46227 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.30 LEASEHOLD IMPROVEMENTS | LEASED | $7,234,553.21 | NET BOOK VALUE | $7,234,553.21 |

56.  **Total of Part 9.**
Add the current value on lines 55.1 through 55.30 and entries from any additional sheets.
Copy the total to line 88.

| $7,234,553.21 plus undetermined amounts. |
|---|

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No.
■ Yes.

Debtor  **DW Restaurant Holder, LLC**                                    Case number (*if known*)  **25-80103**
         Name

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 61.  **Internet domain names and websites** | | | |
| 61.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 62.  **Licenses, franchises, and royalties** | | | |
| 62.1  LIQUOR LICENSE - ALCOA, TN (STORE NO. 3386) - CITY OF ALCOA - LICENSE NO. 14-04 | UNDETERMINED | N/A | UNDETERMINED |
| 62.2  LIQUOR LICENSE - ALCOA, TN (STORE NO. 3386) - CITY OF ALCOA - LICENSE NO. 71023 | UNDETERMINED | N/A | UNDETERMINED |
| 62.3  LIQUOR LICENSE - ALCOA, TN (STORE NO. 3386) - TENNESSEE ALCOHOLIC BEVERAGE COMMISSION - LICENSE NO. LBDRST-BLO-1801086 | UNDETERMINED | N/A | UNDETERMINED |
| 62.4  LIQUOR LICENSE - CHATTANOOGA, TN (STORE NO. 3041) - CITY OF CHATTANOOGA - LICENSE NO. BEER-338 | UNDETERMINED | N/A | UNDETERMINED |
| 62.5  LIQUOR LICENSE - CHATTANOOGA, TN (STORE NO. 3041) - CITY OF CHATTANOOGA - LICENSE NO. LBD-130 | UNDETERMINED | N/A | UNDETERMINED |
| 62.6  LIQUOR LICENSE - CHATTANOOGA, TN (STORE NO. 3041) - TENNESSEE ALCOHOLIC BEVERAGE COMMISSION - LICENSE NO. LBDRST-HAM-1801050 | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **DW Restaurant Holder, LLC** | Case number (*if known*) | **25-80103** |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **62.** | **Licenses, franchises, and royalties** | | |
| 62.7 | LIQUOR LICENSE - CLARKSVILLE, TN (STORE NO. 3472) - CITY OF CLARKSVILLE - LICENSE NO. 7274 | UNDETERMINED | N/A | UNDETERMINED |
| 62.8 | LIQUOR LICENSE - CLARKSVILLE, TN (STORE NO. 3472) - CITY OF CLARKSVILLE - LICENSE NO. BEER PERMIT/472 | UNDETERMINED | N/A | UNDETERMINED |
| 62.9 | LIQUOR LICENSE - CLARKSVILLE, TN (STORE NO. 3472) - TENNESSEE ALCOHOLIC BEVERAGE COMMISSION - LICENSE NO. LBDRST-MTG-1801081 | UNDETERMINED | N/A | UNDETERMINED |
| 62.10 | LIQUOR LICENSE - DAYTON, OH (STORE NO. 3468) - STATE OF OHIO, LIQUOR CONTROL - LICENSE NO. 2379435-0010 | UNDETERMINED | N/A | UNDETERMINED |
| 62.11 | LIQUOR LICENSE - EVANSVILLE, IN (STORE NO. 3073) - INDIANA ALCOHOL AND TOBACCO COMMISSION - LICENSE NO. RR8230818 | UNDETERMINED | N/A | UNDETERMINED |
| 62.12 | LIQUOR LICENSE - FLORENCE, KY (STORE NO. 3508) - CITY OF FLORENCE - LICENSE NO. 307711 - LIQ | UNDETERMINED | N/A | UNDETERMINED |
| 62.13 | LIQUOR LICENSE - FLORENCE, KY (STORE NO. 3508) - KENTUCKY A.B.C. - LICENSE NO. 008-NQ2-2501 | UNDETERMINED | N/A | UNDETERMINED |
| 62.14 | LIQUOR LICENSE - FLORENCE, KY (STORE NO. 3508) - KENTUCKY A.B.C. - LICENSE NO. 008-RS-3736 | UNDETERMINED | N/A | UNDETERMINED |
| 62.15 | LIQUOR LICENSE - GOODLETTSVILLE, TN (STORE NO. 3220) - CITY OF GOODLETTSVILLE - LICENSE NO. 698 | UNDETERMINED | N/A | UNDETERMINED |
| 62.16 | LIQUOR LICENSE - GOODLETTSVILLE, TN (STORE NO. 3220) - METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY - LICENSE NO. 103006 | UNDETERMINED | N/A | UNDETERMINED |
| 62.17 | LIQUOR LICENSE - GOODLETTSVILLE, TN (STORE NO. 3220) - TENNESSEE ALCOHOLIC BEVERAGE COMMISSION - LICENSE NO. LBDRST-DAV-1801084 | UNDETERMINED | N/A | UNDETERMINED |
| 62.18 | LIQUOR LICENSE - GREENWOOD, IN (STORE NO. 3092) - INDIANA ALCOHOL AND TOBACCO COMMISSION - LICENSE NO. RR4930797 | UNDETERMINED | N/A | UNDETERMINED |
| 62.19 | LIQUOR LICENSE - INDIANAPOLIS, IN (STORE NO. 3110) - INDIANA ALCOHOL AND TOBACCO COMMISSION - LICENSE NO. RR4930798 | UNDETERMINED | N/A | UNDETERMINED |
| 62.20 | LIQUOR LICENSE - JEFFERSONVILLE, IN (STORE NO. 3409) - INDIANA ALCOHOL AND TOBACCO COMMISSION - LICENSE NO. RR1031018 | UNDETERMINED | N/A | UNDETERMINED |
| 62.21 | LIQUOR LICENSE - JOHNSON CITY, TN (STORE NO. 3116) - CITY OF JOHNSON CITY - LICENSE NO. 2024-106 | UNDETERMINED | N/A | UNDETERMINED |
| 62.22 | LIQUOR LICENSE - JOHNSON CITY, TN (STORE NO. 3116) - CITY OF JOHNSON CITY - LICENSE NO. 2024-106 LBD | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | DW Restaurant Holder, LLC | Case number (*if known*) | 25-80103 |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **62.** | **Licenses, franchises, and royalties** | | |
| 62.23 | LIQUOR LICENSE - JOHNSON CITY, TN (STORE NO. 3116) - TENNESSEE ALCOHOLIC BEVERAGE COMMISSION - LICENSE NO. LBDRST-WAS-1801022 | UNDETERMINED | N/A | UNDETERMINED |
| 62.24 | LIQUOR LICENSE - KNOXVILLE, TN (STORE NO. 3128) - CITY OF KNOXVILLE - LICENSE NO. 53386 BEER | UNDETERMINED | N/A | UNDETERMINED |
| 62.25 | LIQUOR LICENSE - KNOXVILLE, TN (STORE NO. 3128) - CITY OF KNOXVILLE - LICENSE NO. 53386LIQ | UNDETERMINED | N/A | UNDETERMINED |
| 62.26 | LIQUOR LICENSE - KNOXVILLE, TN (STORE NO. 3128) - TENNESSEE ALCOHOLIC BEVERAGE COMMISSION NO. LBDRST-KNO-1801085 | UNDETERMINED | N/A | UNDETERMINED |
| 62.27 | LIQUOR LICENSE - KNOXVILLE, TN (STORE NO. 3549) - CITY OF KNOXVILLE - LICENSE NO. 53385 BEER | UNDETERMINED | N/A | UNDETERMINED |
| 62.28 | LIQUOR LICENSE - KNOXVILLE, TN (STORE NO. 3549) - CITY OF KNOXVILLE - LICENSE NO. 53385LIQ | UNDETERMINED | N/A | UNDETERMINED |
| 62.29 | LIQUOR LICENSE - KNOXVILLE, TN (STORE NO. 3549) - TENNESSEE ALCOHOLIC BEVERAGE COMMISSION NO. LBDRST-KNO-1801083 | UNDETERMINED | N/A | UNDETERMINED |
| 62.30 | LIQUOR LICENSE - LAFAYETTE, IN (STORE NO. 3129) - INDIANA ALCOHOL AND TOBACCO COMMISSION - LICENSE NO. RR7930823 | UNDETERMINED | N/A | UNDETERMINED |
| 62.31 | LIQUOR LICENSE - LEXINGTON, KY (STORE NO. 3140) - KENTUCKY A.B.C. - LICENSE NO. 034-NQ2-2504 | UNDETERMINED | N/A | UNDETERMINED |
| 62.32 | LIQUOR LICENSE - LEXINGTON, KY (STORE NO. 3140) - KENTUCKY A.B.C. - LICENSE NO. 034-RS-3739 | UNDETERMINED | N/A | UNDETERMINED |
| 62.33 | LIQUOR LICENSE - LEXINGTON, KY (STORE NO. 3140) - KENTUCKY A.B.C. - LICENSE NO. 034-SB-1484 | UNDETERMINED | N/A | UNDETERMINED |
| 62.34 | LIQUOR LICENSE - LEXINGTON, KY (STORE NO. 3140) - LEXINGTON FAYETTE URBAN COUNTY GOVT - LICENSE NO. 2021 | UNDETERMINED | N/A | UNDETERMINED |
| 62.35 | LIQUOR LICENSE - LOUISVILLE, KY (STORE NO. 3067) - KENTUCKY A.B.C. - LICENSE NO. 056-NQ2-2505 | UNDETERMINED | N/A | UNDETERMINED |
| 62.36 | LIQUOR LICENSE - LOUISVILLE, KY (STORE NO. 3067) - KENTUCKY A.B.C. - LICENSE NO. 056-RS-3740 | UNDETERMINED | N/A | UNDETERMINED |
| 62.37 | LIQUOR LICENSE - LOUISVILLE, KY (STORE NO. 3214) - KENTUCKY A.B.C. - LICENSE NO. 056-NQ2-2502 | UNDETERMINED | N/A | UNDETERMINED |
| 62.38 | LIQUOR LICENSE - LOUISVILLE, KY (STORE NO. 3214) - KENTUCKY A.B.C. - LICENSE NO. 056-RS-3737 | UNDETERMINED | N/A | UNDETERMINED |
| 62.39 | LIQUOR LICENSE - LOUISVILLE, KY (STORE NO. 3214) - LOUISVILLE METRO - LICENSE NO. 14ABC1100 | UNDETERMINED | N/A | UNDETERMINED |

Debtor  **DW Restaurant Holder, LLC** _____  Case number (*if known*) **25-80103** _____

Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **62.** | **Licenses, franchises, and royalties** | | | |
| 62.40 | LIQUOR LICENSE - MASON, OH (STORE NO. 3570) - OHIO DIVISION OF LIQUOR CONTROL - LICENSE NO. 2379435-0015 | UNDETERMINED | N/A | UNDETERMINED |
| 62.41 | LIQUOR LICENSE - MEMPHIS, TN (STORE NO. 3428) - CITY OF MEMPHIS - LICENSE NO. T10493 | UNDETERMINED | N/A | UNDETERMINED |
| 62.42 | LIQUOR LICENSE - MEMPHIS, TN (STORE NO. 3428) - CITY OF MEMPHIS - LICENSE NO. T2797 | UNDETERMINED | N/A | UNDETERMINED |
| 62.43 | LIQUOR LICENSE - MEMPHIS, TN (STORE NO. 3428) - CITY OF MEMPHIS - LICENSE NO. T3453 | UNDETERMINED | N/A | UNDETERMINED |
| 62.44 | LIQUOR LICENSE - MEMPHIS, TN (STORE NO. 3428) - CITY OF MEMPHIS - LICENSE NO. T5657 | UNDETERMINED | N/A | UNDETERMINED |
| 62.45 | LIQUOR LICENSE - MEMPHIS, TN (STORE NO. 3428) - TENNESSEE ALCOHOLIC BEVERAGE COMMISSION - LICENSE NO. LBDCAT-SHE-1807995 | UNDETERMINED | N/A | UNDETERMINED |
| 62.46 | LIQUOR LICENSE - MEMPHIS, TN (STORE NO. 3428) - TENNESSEE ALCOHOLIC BEVERAGE COMMISSION - LICENSE NO. LBDRST-SHE-1801187 | UNDETERMINED | N/A | UNDETERMINED |
| 62.47 | LIQUOR LICENSE - MEMPHIS, TN (STORE NO. 3565) - CITY OF MEMPHIS - LICENSE NO. T2795 | UNDETERMINED | N/A | UNDETERMINED |
| 62.48 | LIQUOR LICENSE - MEMPHIS, TN (STORE NO. 3565) - CITY OF MEMPHIS - LICENSE NO. T3455 | UNDETERMINED | N/A | UNDETERMINED |
| 62.49 | LIQUOR LICENSE - MEMPHIS, TN (STORE NO. 3565) - TENNESSEE ALCOHOLIC BEVERAGE COMMISSION - LICENSE NO. LBDRST-SHE-1801159 | UNDETERMINED | N/A | UNDETERMINED |
| 62.50 | LIQUOR LICENSE - MERRILLVILLE, IN (STORE NO. 3156) - INDIANA ALCOHOL AND TOBACCO COMMISSION - LICENSE NO. RR4530772 | UNDETERMINED | N/A | UNDETERMINED |
| 62.51 | LIQUOR LICENSE - MISHAWAKA, IN (STORE NO. 3567) - INDIANA ALCOHOL AND TOBACCO COMMISSION - LICENSE NO. RR7132100 | UNDETERMINED | N/A | UNDETERMINED |
| 62.52 | LIQUOR LICENSE - MURFREESBORO, TN (STORE NO. 3566) - CITY OF MURFREESBORO - LICENSE NO. 787/BEER PERMIT | UNDETERMINED | N/A | UNDETERMINED |
| 62.53 | LIQUOR LICENSE - MURFREESBORO, TN (STORE NO. 3566) - CITY OF MURFREESBORO - LICENSE NO. 787/LIQUOR | UNDETERMINED | N/A | UNDETERMINED |
| 62.54 | LIQUOR LICENSE - MURFREESBORO, TN (STORE NO. 3566) - TENNESSEE ALCOHOLIC BEVERAGE COMMISSION - LICENSE NO. LBDRST-RUT-1801129 | UNDETERMINED | N/A | UNDETERMINED |
| 62.55 | LIQUOR LICENSE - NASHVILLE, TN (STORE NO. 3173) - METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY - LICENSE NO. 105316 | UNDETERMINED | N/A | UNDETERMINED |
| 62.56 | LIQUOR LICENSE - NASHVILLE, TN (STORE NO. 3173) - METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY - LICENSE NO. 14-19982 | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **DW Restaurant Holder, LLC** | Case number (*if known*) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 62. | **Licenses, franchises, and royalties** | | | |
| 62.57 | LIQUOR LICENSE - NASHVILLE, TN (STORE NO. 3173) - TENNESSEE ALCOHOLIC BEVERAGE COMMISSION - LICENSE NO. LBDRST-DAV-1801087 | UNDETERMINED | N/A | UNDETERMINED |
| 62.58 | LIQUOR LICENSE - NEWPORT, KY (STORE NO. 3176) - CITY OF NEWPORT - LICENSE NO. LIQ176 | UNDETERMINED | N/A | UNDETERMINED |
| 62.59 | LIQUOR LICENSE - NEWPORT, KY (STORE NO. 3176) - KENTUCKY A.B.C. - LICENSE NO. 019-LD-246 | UNDETERMINED | N/A | UNDETERMINED |
| 62.60 | LIQUOR LICENSE - NEWPORT, KY (STORE NO. 3176) - KENTUCKY A.B.C. - LICENSE NO. 019-NQ4-3062 | UNDETERMINED | N/A | UNDETERMINED |
| 62.61 | LIQUOR LICENSE - NEWPORT, KY (STORE NO. 3176) - KENTUCKY A.B.C. - LICENSE NO. 019-NQ-4539 | UNDETERMINED | N/A | UNDETERMINED |
| 62.62 | LIQUOR LICENSE - NEWPORT, KY (STORE NO. 3176) - KENTUCKY A.B.C. - LICENSE NO. 019-RS-3735 | UNDETERMINED | N/A | UNDETERMINED |
| 62.63 | LIQUOR LICENSE - NEWPORT, KY (STORE NO. 3176) - KENTUCKY A.B.C. - LICENSE NO. 019-SB-1481 | UNDETERMINED | N/A | UNDETERMINED |
| 62.64 | LIQUOR LICENSE - NEWPORT, KY (STORE NO. 3176) - KENTUCKY A.B.C. - LICENSE NO. 019-SB-1482 | UNDETERMINED | N/A | UNDETERMINED |
| 62.65 | LIQUOR LICENSE - NEWPORT, KY (STORE NO. 3176) - KENTUCKY A.B.C. - LICENSE NO. 019-SB-1483 | UNDETERMINED | N/A | UNDETERMINED |
| 62.66 | LIQUOR LICENSE - PORTAGE, IN (STORE NO. 3568) - INDIANA ALCOHOL AND TOBACCO COMMISSION - LICENSE NO. RR6432834 | UNDETERMINED | N/A | UNDETERMINED |
| 62.67 | LIQUOR LICENSE - SAINT MATTHEWS, KY (STORE NO. 3067) - ST. MATTHEWS ALCOHOLIC BEVERAGE CONTROL - LICENSE NO. B-190 | UNDETERMINED | N/A | UNDETERMINED |
| 62.68 | LIQUOR LICENSE - SCHERERVILLE, IN (STORE NO. 3554) - INDIANA ALCOHOL AND TOBACCO COMMISSION - LICENSE NO. RR4530771 | UNDETERMINED | N/A | UNDETERMINED |
| 62.69 | LIQUOR LICENSE - SPRINGDALE, OH (STORE NO. 3245) - STATE OF OHIO, LIQUOR CONTROL - LICENSE NO. 2379435-0005 | UNDETERMINED | N/A | UNDETERMINED |
| 62.70 | LIQUOR LICENSE - TOLEDO, OH (STORE NO. 3260) - STATE OF OHIO LIQUOR CONTROL - LICENSE NO. 2379435-0030 | UNDETERMINED | N/A | UNDETERMINED |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | | | | $0.00 |

Debtor  **DW Restaurant Holder, LLC**                                          Case number (*if known*)  **25-80103**

Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **64.** | **Other intangibles, or intellectual property** | | |
| 64.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **65.** | **Goodwill** | | |
| 65.1 | | | $0.00 |

**66.    Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

**Undetermined**

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No.

☐ Yes.

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No.

☐ Yes.

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No.

☐ Yes.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes. Fill in the information below

Debtor    **DW Restaurant Holder, LLC**                                    Case number (*if known*)  25-80103
          Name

|  | | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 71.1 | _____ · _____ _____ | $0.00 |
| | Total face amount    doubtful or uncollectible amount | |

|  | | **Current value of debtor's interest** |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 72.1 | _____    _____ | $0.00 |

|  | | **Current value of debtor's interest** |
|---|---|---|
| 73. | **Interests in insurance policies or annuities** | |
| 73.1 | _____ | $0.00 |

|  | | **Current value of debtor's interest** |
|---|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 74.1 | _____ | $0.00 |

|  | | **Current value of debtor's interest** |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 75.1 | _____ | $0.00 |

|  | | **Current value of debtor's interest** |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 76.1 | _____ | $0.00 |

Debtor    **DW Restaurant Holder, LLC**                          Case number (*if known*)  __25-80103__
_____
          Name

| | | Current value of debtor's interest |
|---|---|---|
| 77. | **Other property of any kind not already listed Examples:** Season tickets, country club membership | |
| 77.1 | INTERCOMPANY RECEIVABLE - HOA FUNDING, LLC | $37,532,009.84 |
| 77.2 | INTERCOMPANY RECEIVABLE - HOOTERS OF AMERICA, LLC | $260,053.72 |
| 77.3 | INTERCOMPANY RECEIVABLE - TW RESTAURANT HOLDER, LLC | $344,360,455.87 |
| 77.4 | RIGHT OF USE ASSET | UNDETERMINED |

| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | **$382,152,519.43 plus undetermined amounts.** |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No.

☐ Yes.

Debtor   **DW Restaurant Holder, LLC**                                          Case number (*if known*)  **25-80103**
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $57,580.20 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $198,011.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $625,707.30 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $805,789.50 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,043,211.05 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,864,970.72 | |
| 88. **Real property.** *Copy line 56, Part 9*..................................................................> | | $7,234,553.21 plus undetermined amounts. |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **Undetermined** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $382,152,519.43 plus undetermined amounts. | |
| 91. **Total. Add lines 80 through 90 for each column** | $386,747,789.20 plus undetermined amounts. +91b. | $7,234,553.21 plus undetermined amounts. |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $393,982,342.41 plus undetermined amounts. |

**Fill in this information to identify the case:**

Debtor name    **DW Restaurant Holder, LLC**

United States Bankruptcy Court for the:    **Northern District of Texas (Dallas)**

Case number (if known)    **25-80103**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below

**Part 1:    List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| | | | |
|---|---|---|---|
| **2.1** | **Secured creditor name and mailing address**<br><br>CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY<br>388 GREENWICH STREET<br>14TH FLOOR<br>NEW YORK NY 10013<br>**Secured creditor's email address**<br><br><br>**Date debt was incurred**<br><br>8/19/2021<br>**Last 4 digits of account number**<br><br><br>**Do multiple creditors have an interest in the same property?**<br><br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>FIRST LIEN ON ALL ASSETS OF SECURITIZATION ENTITIES PURSUANT TO THE AMENDED AND RESTATED BASE INDENTURE<br>**Describe the lien**<br>CLASS A-2 SENIOR SECURED NOTES PURSUANT TO THE AMENDED AND RESTATED BASE INDENTURE<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*<br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $267,266,532.04 | UNDETERMINED |

| Debtor | **DW Restaurant Holder, LLC** | | Case number (if known) | **25-80103** |
|---|---|---|---|---|
| | Name | | | |

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.2 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | $40,000,000.00 | UNDETERMINED |
|---|---|---|---|---|

**Secured creditor name and mailing address**

CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY
388 GREENWICH STREET
14TH FLOOR
NEW YORK NY 10013

**Secured creditor's email address**

**Date debt was incurred**

8/19/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

SECOND LIEN ON ALL ASSETS OF SECURITIZATION ENTITIES PURSUANT TO THE AMENDED AND RESTATED BASE INDENTURE

**Describe the lien**

CLASS B JUNIOR SUBORDINATED NOTES PURSUANT TO THE AMENDED AND RESTATED BASE INDENTURE

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.3 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

**Secured creditor name and mailing address**

FIRST FINANCIAL BANK
255 EAST FIFTH STREET, STE 700
CINCINNATI OH 45202

**Secured creditor's email address**

**Date debt was incurred**

6/30/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

ALL PROCEEDS FROM INSURANCE POLICY NO. ERP 0281537 02, THROUGH AMERICAN GUARANTEE AND LIAB INS CO.

**Describe the lien**

UCC LIEN NO. 20204501591

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

**$307,266,532.04
plus undetermined amounts**

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| CITIBANK, N.A.<br>TRANG TRAN-ROJAS<br>2700 POST OAK BLVD.<br>SUITE 610<br>HOUSTON TX 77056 | Line 2.1 | |
| CITIBANK, N.A.<br>TRANG TRAN-ROJAS<br>2700 POST OAK BLVD.<br>SUITE 610<br>HOUSTON TX 77056 | Line 2.1 | |
| CITIBANK, N.A., SOLELY IN ITS CAPACITIES AS TRUSTEE<br>C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>ATTN: KEITH KOLLMEYER, ERIC R. BLYTHE<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111<br>KKOLLMEYER@MINTZ.COM; ERBLYTHE@MINTZ.COM | Line 2.2 | |
| CITIBANK, N.A., SOLELY IN ITS CAPACITIES AS TRUSTEE<br>C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>ATTN:  NATHAN F. COCO<br>919 THIRD AVENUE<br>NEW YORK NY 10022<br>NFCOCO@MINTZ.COM | Line 2.2 | |
| CITIBANK, N.A., SOLELY IN ITS CAPACITIES AS TRUSTEE<br>C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>ATTN:  NATHAN F. COCO<br>919 THIRD AVENUE<br>NEW YORK NY 10022<br>NFCOCO@MINTZ.COM | Line 2.2 | |
| CITIBANK, N.A., SOLELY IN ITS CAPACITIES AS TRUSTEE<br>C/O DENTONS US LLP<br>ATTN: CLAY M. TAYLOR<br>100 CRESCENT COURT<br>SUITE 900<br>DALLAS TX 75201-1858<br>CLAY.TAYLOR@DENTONS.COM | Line 2.2 | |
| CITIBANK, N.A., SOLELY IN ITS CAPACITIES AS TRUSTEE<br>C/O DENTONS US LLP<br>ATTN: CLAY M. TAYLOR<br>100 CRESCENT COURT<br>SUITE 900<br>DALLAS TX 75201-1858<br>CLAY.TAYLOR@DENTONS.COM | Line 2.2 | |
| CITIBANK, N.A., SOLELY IN ITS CAPACITIES AS TRUSTEE<br>C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>ATTN: KEITH KOLLMEYER, ERIC R. BLYTHE<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111<br>KKOLLMEYER@MINTZ.COM; ERBLYTHE@MINTZ.COM | Line 2.2 | |

**Fill in this information to identify the case:**

Debtor name **DW Restaurant Holder, LLC**

United States Bankruptcy Court for the: **Northern District of Texas (Dallas)**

Case number (if known) **25-80103**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | UNDETERMINED | UNDETERMINED |
| | ALCOA CITY TREASURER 223 ASSOCIATES BOULEVARD ALCOA TN 37701 | ■ Contingent ■ Unliquidated ■ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | Basis for the claim: POTENTIAL TAX LIABILITY | | |
| | **Last 4 digits of account number** | Is the claim subject to offset? | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes | | |
| 2.2 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $750.00 | $750.00 |
| | ANDREW SMITH ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | Basis for the claim: EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | Is the claim subject to offset? | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes | | |

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | 25-80103 |
| --- | --- | --- | --- |
| | Name | | |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.3** | **Priority creditor's name and mailing address**

| | As of the petition filing date, the claim is: | |
| --- | --- | --- |
| | Check all that apply. | $2,343.75 ... $2,343.75 |

ANTHONY TURNER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.4** | **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

$781.25     $781.25

ANTONIO KELLY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.5** | **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

$156.25     $156.25

ASHLEY ALVEY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.6** | **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

$625.00     $625.00

AUBRYN AMOS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.7** **Priority creditor's name and mailing address**

AUSTIN MAY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,875.00  Priority amount: $1,875.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.8** **Priority creditor's name and mailing address**

BAILLIE HENSLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $656.25  Priority amount: $656.25

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.9** **Priority creditor's name and mailing address**

BLAIR CAMPBELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $4,968.75  Priority amount: $4,968.75

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.10** **Priority creditor's name and mailing address**

BLAKE ALLEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $993.75  Priority amount: $993.75

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.11** **Priority creditor's name and mailing address**

BLOUNT COUNTY TRUSTEE
347 COURT ST., COURTHOUSE
MARYVILLE TN 37804-5906

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

---

**2.12** **Priority creditor's name and mailing address**

BOON COUNTY FISCAL COURT
BOONE COUNTY FISCAL COURT
PO BOX 960
BURLINGTON KY 41005-0960

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

---

**2.13** **Priority creditor's name and mailing address**

BOONE COUNTY SHERIFF
P.O. BOX 198
BURLINGTON KY 41005

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

---

**2.14** **Priority creditor's name and mailing address**

BRANDON HARDY
ADDRESS ON FILE

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $337.50 | $337.50 |

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.15** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $725.00 | $725.00

BRIDGETT PILGRIM
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.16** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED

CAMPBELL COUNTY SHERIFF
1098 MONMOUTH STREET
STE. 216
NEWPORT KY 41071

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.17** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED

CAMPBELL COUNTY, KY
OCCUPATIONAL TAX OFFICE
PO BOX 72958
NEWPORT KY 41072-0958

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.18** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED

CHATTANOOGA CITY TREASURER
P.O. BOX 191
CHATTANOOGA CITY TN 37401-0191

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.19 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $93.75 | $93.75 |
|---|---|---|---|---|

CHRIS BECKER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| 2.20 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,125.00 | $3,125.00 |
|---|---|---|---|---|

CHRISTOPHER BRIDGES
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| 2.21 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,187.50 | $2,187.50 |
|---|---|---|---|---|

CHRISTOPHER HEYDASCH
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| 2.22 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,625.00 | $3,625.00 |
|---|---|---|---|---|

CHRISTOPHER JOHNSON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|

| 2.23 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $3,906.25 | $3,906.25 |
|---|---|---|---|---|---|

CHRISTY BUTLER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.24 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|---|

CITY OF FLORENCE
DEPT. 105 P.O. BOX 1327
FLORENCE KY 41022-1327

■ Contingent
■ Unliquidated
■ Disputed

| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** POTENTIAL TAX LIABILITY |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.25 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|---|

CITY OF GOODLETTSVILLE
105 SOUTH MAIN STREET
GOODLETTSVILLE TN 37072-1747

■ Contingent
■ Unliquidated
■ Disputed

| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** POTENTIAL TAX LIABILITY |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.26 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|---|

CITY OF KNOXVILLE
PO BOX 15001
KNOXVILLE TN 37901

■ Contingent
■ Unliquidated
■ Disputed

| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** POTENTIAL TAX LIABILITY |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|--------|-------------------------------|------------------------|--------------|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.27** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

|  | Total claim | Priority amount |
|---|---|---|
|  | $737.50 | $737.50 |

CLARENCE BRODIE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.28** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

|  | Total claim | Priority amount |
|---|---|---|
|  | UNDETERMINED | UNDETERMINED |

CLARK COUNTY TREASURER
300 CORPORATE DR.
SUITE 105
JEFFERSONVILLE IN 47130

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.29** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

|  | Total claim | Priority amount |
|---|---|---|
|  | UNDETERMINED | UNDETERMINED |

CLARKSVILLE CITY
PO BOX 928
CLARKSVILLE TN 37041-0928

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.30** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

|  | Total claim | Priority amount |
|---|---|---|
|  | $662.50 | $662.50 |

DANIELLE HURLEY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.31** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $337.50 | $337.50

DAVID LINGENFELTER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.32** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,125.00 | $3,125.00

DAVID PERHAM
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.33** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $101,113.35 | $101,113.35

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
P.O. BOX 9941
STOP 6552
OGDEN UT 84409-0941

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACA CIVIL PENALTY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.34** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED

DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE
DEPARTMENT OF THE TREASURYINTERNAL REVENUE SERVICE
1160 W 1200 S ST
OGDEN UT 84201-0012

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.35**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $625.00 | $625.00 |
|---|---|---|---|
| DONATO MANZLER<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
■ No
☐ Yes

---

**2.36**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $910.94 | $910.94 |
|---|---|---|---|
| EAMON PIGEE<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
■ No
☐ Yes

---

**2.37**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $937.50 | $937.50 |
|---|---|---|---|
| ERICA CRAWFORD<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
■ No
☐ Yes

---

**2.38**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|
| FAYETTE COUNTY SHERIFF OFFICE<br>PO BOX 34148<br>LEXINGTON KY 40588-4148 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
■ No
☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.39** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $910.94 | $910.94

GARY CONNERS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
■ No
☐ Yes

---

**2.40** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $843.75 | $843.75

GIANCARLO MARLETTA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
■ No
☐ Yes

---

**2.41** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $680.00 | $680.00

HALEY HUESKEN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
■ No
☐ Yes

---

**2.42** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED

HAMILTON COUNTY TREASURER
P. O. BOX 740857
CINCINNATI OH 45274-0857

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
■ No
☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | | | |
|---|---|---|---|---|
| | Name | Case number (if known) | **25-80103** | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| 2.43 | **Priority creditor's name and mailing address**<br><br>HAMILTON COUNTY TRUSTEE<br>P.O. BOX 11047<br>CHATTANOOGA TN 37401-2047 | UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

---

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| 2.44 | **Priority creditor's name and mailing address**<br><br>INDIANA DEPARTMENT OF REVENUE<br>INDIANA DEPARTMENT OF REVENUE<br>P.O. BOX 6032<br>INDIANAPOLIS IN 46206-6032 | UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

---

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| 2.45 | **Priority creditor's name and mailing address**<br><br>INDIANA- FOOD & BEVERAGE<br>INDIANA DEPARTMENT OF REVENUE<br>P.O. BOX 7218<br>INDIANAPOLIS IN 46207-7218 | UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

---

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| 2.46 | **Priority creditor's name and mailing address**<br><br>JACK CRAWFORD<br>ADDRESS ON FILE | $781.25 | $781.25 |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|

Name

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.47** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply. | $1,020.00 | $1,020.00

JAYLON DIXON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.48** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply. | UNDETERMINED | UNDETERMINED

JEFFERSON COUNTY SHERIFF'S OFFICE
P.O. BOX 34570
LOUISVILLE KY 40232-4570

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.49** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply. | $3,125.00 | $3,125.00

JENNIFER FOLEY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.50** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply. | $4,062.50 | $4,062.50

JEREMY STANTON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.51** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $350.00 | $350.00

JESSICA REEVES
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.52** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $781.25 | $781.25

JILL CORRON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.53** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $662.50 | $662.50

JIMMY LYKINS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.54** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED

JOHNSON CITY RECORDER
PO BOX 2227
JOHNSON CITY TN 37605-2227

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

### 2.55

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $993.75 | $993.75 |
|---|---|---|---|

JONATHAN ONEAL
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

### 2.56

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $656.25 | $656.25 |
|---|---|---|---|

JOSEPH WILLIAMS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

### 2.57

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $625.00 | $625.00 |
|---|---|---|---|

JUSTIN CORAN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

### 2.58

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|

KENTUCY DEPARTMENT OF REVENUE
KENTUCKY DEPARTMENT OF REVENUE
501 HIGH ST
FRANKFORT KY 40601

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.59** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $1,020.00 | $1,020.00

KEVIN ALAMO
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.60** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $468.75 | $468.75

KINLEY HUNTER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.61** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $437.50 | $437.50

KIRSTEN SPEARS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.62** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | UNDETERMINED | UNDETERMINED

KNOX COUNTY TRUSTEE
PO BOX 70
KNOXVILLE TN 37901

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.63** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | UNDETERMINED | UNDETERMINED |

KNOXVILLE CITY TAX COLLECTOR
P.O. BOX 15001
KNOXVILLE TN 37901-5001

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.64** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | $3,750.00 | $3,750.00 |

KRISTOFER WORTHINGTON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.65** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | UNDETERMINED | UNDETERMINED |

LAKE COUNTY TREASURER
2293 N. MAIN STREET
CROWN POINT IN 46307-1896

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.66** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | $1,020.00 | $1,020.00 |

LATRELL WILSON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | **25-80103** |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.67** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: UNDETERMINED  Priority amount: UNDETERMINED

LOUISVILLE METRO, KY
LOUISVILLE METRO REVENUE COMMISSION
PO BOX 35410
LOUISVILLE KY 40232-5410

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ☑ No
- ☐ Yes

---

**2.68** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: UNDETERMINED  Priority amount: UNDETERMINED

LUCAS COUNTY TREASURER
1 GOVERNMENT CENTER
SUITE #500
TOLEDO OH 43604-2253

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ☑ No
- ☐ Yes

---

**2.69** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: UNDETERMINED  Priority amount: UNDETERMINED

MADISON COUNTY SHERIFF
135 W. IRVINE
STE. B01
RICHMOND KY 40475

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ☑ No
- ☐ Yes

---

**2.70** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $4,554.69  Priority amount: $4,554.69

MADISON SMITH
ADDRESS ON FILE

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ☑ No
- ☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.71** | **Priority creditor's name and mailing address**

MARION COUNTY TREASURER
P.O. BOX 6145
INDIANAPOLIS IN 46206

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
■ No
☐ Yes

---

**2.72** | **Priority creditor's name and mailing address**

MATTHEW NASSAR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $337.50 | $337.50 |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
■ No
☐ Yes

---

**2.73** | **Priority creditor's name and mailing address**

MATTHEW WALKER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $375.00 | $375.00 |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
■ No
☐ Yes

---

**2.74** | **Priority creditor's name and mailing address**

MAURICE MCCALL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $350.00 | $350.00 |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
■ No
☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.75** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $93.75  Priority amount: $93.75

MEGAN TRIBBLE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

**2.76** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $5,100.00  Priority amount: $5,100.00

MELISSA PREIB
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

**2.77** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: UNDETERMINED  Priority amount: UNDETERMINED

MEMPHIS CITY TREASURER
P.O. BOX 185
MEMPHIS TN 38101-0185

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

**2.78** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: UNDETERMINED  Priority amount: UNDETERMINED

METROPOLITAN TRUSTEE (NASHVILLE & DAVIDSON)
METROPOLITAN TRUSTEE
PO BOX 305012
NASHVILLE TN 37230-5012

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.79** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim **$3,687.50**   Priority amount **$3,687.50**

MICHAEL CRAZE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.80** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim **$781.25**   Priority amount **$781.25**

MICHAEL SWIFT
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.81** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim **$750.00**   Priority amount **$750.00**

MICHAEL WATERHOUSE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.82** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim **$375.00**   Priority amount **$375.00**

MICHELLE SMITH
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | | |
|---|---|---|---|
| | Name | | |

Case number (if known)  **25-80103**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.83 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | |
|---|---|---|---|---|
| | | | UNDETERMINED | UNDETERMINED |
| | MONTGOMERY COUNTY TREASURER PO BOX 817600 DAYTON OH 45481-7600 | ■ Contingent ■ Unliquidated ■ Disputed | | |

| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** POTENTIAL TAX LIABILITY |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes |

| 2.84 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | |
|---|---|---|---|---|
| | | | UNDETERMINED | UNDETERMINED |
| | MONTGOMERY COUNTY TRUSTEE 350 PAGEANT LN STE 101-B CLARKSVILLE, TN 37040-3813 | ■ Contingent ■ Unliquidated ■ Disputed | | |

| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** POTENTIAL TAX LIABILITY |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes |

| 2.85 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | |
|---|---|---|---|---|
| | | | $812.50 | $812.50 |
| | NATHAN ABEY ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes |

| 2.86 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | |
|---|---|---|---|---|
| | | | UNDETERMINED | UNDETERMINED |
| | NEWPORT- ALCOHOL CITY OF NEWPORT C/O ABC ADMINISTRATOR 998 MONMOUTH STREET NEWPORT KY 41071 | ■ Contingent ■ Unliquidated ■ Disputed | | |

| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** POTENTIAL TAX LIABILITY |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes |

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.87** | **Priority creditor's name and mailing address**

NEWPORT CITY TAX COLLECTOR
PO BOX 1090
NEWPORT KY 41071

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

| | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**

---

**2.88** | **Priority creditor's name and mailing address**

NICHOLAS FETSCHER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | $3,400.00 | $3,400.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**

---

**2.89** | **Priority creditor's name and mailing address**

OHIO DEPARTMENT OF REVENUE
OHIO DEPARTMENT OF TAXATION
P.O. BOX 181140
COLUMBUS OH 43218-1140

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

| | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**

---

**2.90** | **Priority creditor's name and mailing address**

OHIO DEPARTMENT OF TAXATION
OHIO DEPARTMENT OF TAXATION ATTN:
BUSINESS COMPLIANCE DIVISON
PO BOX 2678
COLUMBUS OH 43216-2678

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

| | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.91** | **Priority creditor's name and mailing address**

PAISLEY THOMAS
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Total claim: $156.25  Priority amount: $156.25

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- [x] No
- [ ] Yes

---

**2.92** | **Priority creditor's name and mailing address**

PATRICK HOOVER
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Total claim: $4,218.75  Priority amount: $4,218.75

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- [x] No
- [ ] Yes

---

**2.93** | **Priority creditor's name and mailing address**

PORTER COUNTY TREASURER
155 INDIAN AVE.
STE. 209
VALPARAISO IN 46383

As of the petition filing date, the claim is:
Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Total claim: UNDETERMINED  Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- [x] No
- [ ] Yes

---

**2.94** | **Priority creditor's name and mailing address**

RACHAEL LEITKE
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Total claim: $937.50  Priority amount: $937.50

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- [x] No
- [ ] Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.95** **Priority creditor's name and mailing address**

RED AKIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,906.25
Priority amount: $3,906.25

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

**2.96** **Priority creditor's name and mailing address**

RICHMOND CITY TAX COLLECTOR
PO BOX 1268
RICHMOND KY 40476-1268

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

**2.97** **Priority creditor's name and mailing address**

ROBERT HAMILTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $781.25
Priority amount: $781.25

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

**2.98** **Priority creditor's name and mailing address**

RUTHERFORD COUNTY
P.O. BOX 1316
MURFREESBORO TN 37133

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.99** **Priority creditor's name and mailing address**

RUTHERFORD COUNTY TRUSTEE
P.O. BOX 1316
MURFREESBORO TN 37133

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
■ No
☐ Yes

---

**2.100** **Priority creditor's name and mailing address**

RYAN KING
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $4,687.50   Priority amount: $4,687.50

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
■ No
☐ Yes

---

**2.101** **Priority creditor's name and mailing address**

SAMANTHA BROWN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,312.50   Priority amount: $3,312.50

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
■ No
☐ Yes

---

**2.102** **Priority creditor's name and mailing address**

SARAH GOODMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,281.25   Priority amount: $3,281.25

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
■ No
☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| 2.103 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $656.25 | $656.25 |
|---|---|---|---|---|

SHADIA SUAREZ
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.104 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,062.50 | $4,062.50 |
|---|---|---|---|---|

SHANE CLAGG
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.105 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $781.25 | $781.25 |
|---|---|---|---|---|

SHANNON MARIE TOBEY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.106 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $468.75 | $468.75 |
|---|---|---|---|---|

SHAWN AQUINO
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | **25-80103** |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.107**    **Priority creditor's name and mailing address**

SIERRA JIMENEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$680.00**    Priority amount: **$680.00**

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.108**    **Priority creditor's name and mailing address**

ST. JOSEPH COUNTY TREASURER
P.O. BOX 4758
SOUTH BEND IN 46634-4758

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.109**    **Priority creditor's name and mailing address**

ST. MATTHEWS CITY
PO BOX 7097
LOUISVILLE KY 40257-7097

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.110**    **Priority creditor's name and mailing address**

STATE OF INDIANA
INDIANA DEPARTMENT OF REVENUE
P.O. BOX 7218
INDIANAPOLIS IN 46207-7218

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.111** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply.

UNDETERMINED | UNDETERMINED

STATE OF KENTUCKY
REVENUE CABINET
501 HIGH ST
FRANKFORT KY 40601

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.112** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply.

$812.50 | $812.50

STEPHEN DEAN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.113** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply.

$3,906.25 | $3,906.25

STEPHEN MARTIN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.114** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply.

$3,750.00 | $3,750.00

TAYLOR BILLINGS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | **25-80103** |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.115** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

UNDETERMINED | UNDETERMINED

TENNESSEE DEPARTMENT OF REVENUE
TENNESSEE DEPARTMENT OF REVENUE
ANDREW JACKSON OFFICE BUILDING
NASHVILLE TN 37242

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.116** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

UNDETERMINED | UNDETERMINED

TENNESSEE DPEARTMENT OF REVENUE
TENNESSEE DEPARTMENT OF REVENUE
ANDREW JACKSON STATE OFFICE BUILDING
500 DEADERICK STREET
NASHVILLE TN 37242

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.117** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

UNDETERMINED | UNDETERMINED

TENNESSEE- LIQUOR 3041
500 JAMES ROBERTSON PARKWAY
NASHVILLE TN 37243

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.118** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

UNDETERMINED | UNDETERMINED

TENNESSEE- LIQUOR 3116
500 JAMES ROBERTSON PARKWAY
NASHVILLE TN 37243

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.119** **Priority creditor's name and mailing address**

TENNESSEE- LIQUOR 3128
500 JAMES ROBERTSON PARKWAY
NASHVILLE TN 37243

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY
unsecured claim:**

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.120** **Priority creditor's name and mailing address**

TENNESSEE- LIQUOR 3173
500 JAMES ROBERTSON PARKWAY
NASHVILLE TN 37243

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY
unsecured claim:**

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.121** **Priority creditor's name and mailing address**

TENNESSEE- LIQUOR 3220
500 JAMES ROBERTSON PARKWAY
NASHVILLE TN 37243

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY
unsecured claim:**

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.122** **Priority creditor's name and mailing address**

TENNESSEE- LIQUOR 3386
500 JAMES ROBERTSON PARKWAY
NASHVILLE TN 37243

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY
unsecured claim:**

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.123** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

TENNESSEE- LIQUOR 3428
500 JAMES ROBERTSON PARKWAY
NASHVILLE TN 37243

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Total claim: UNDETERMINED | Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ☑ No
- ☐ Yes

---

**2.124** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

TENNESSEE- LIQUOR 3472
500 JAMES ROBERTSON PARKWAY
NASHVILLE TN 37243

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Total claim: UNDETERMINED | Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ☑ No
- ☐ Yes

---

**2.125** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

TENNESSEE- LIQUOR 3549
500 JAMES ROBERTSON PARKWAY
NASHVILLE TN 37243

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Total claim: UNDETERMINED | Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ☑ No
- ☐ Yes

---

**2.126** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

TENNESSEE- LIQUOR 3556
500 JAMES ROBERTSON PARKWAY
NASHVILLE TN 37243

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Total claim: UNDETERMINED | Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ☑ No
- ☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.127** | **Priority creditor's name and mailing address**

| | As of the petition filing date, the claim is: | UNDETERMINED | UNDETERMINED |

Check all that apply.

TENNESSEE- LIQUOR 3565
500 JAMES ROBERTSON PARKWAY
NASHVILLE TN 37243

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.128** | **Priority creditor's name and mailing address**

| | As of the petition filing date, the claim is: | UNDETERMINED | UNDETERMINED |

Check all that apply.

TENNESSEE- LIQUOR 3566
500 JAMES ROBERTSON PARKWAY
NASHVILLE TN 37243

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.129** | **Priority creditor's name and mailing address**

| | As of the petition filing date, the claim is: | $1,750.00 | $1,750.00 |

Check all that apply.

TIFFANY HARRIS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.130** | **Priority creditor's name and mailing address**

| | As of the petition filing date, the claim is: | $993.75 | $993.75 |

Check all that apply.

TIFFANY LARSON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | | | Case number (if known) | **25-80103** |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|
| 2.131 | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | $843.75 | $843.75 |
| | TIMOTHY GRIFFIN ADDRESS ON FILE | | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | | **Basis for the claim:** EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | | ■ No ☐ Yes | | |
| 2.132 | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
| | TIPPECANOE COUNTY TREASURER 20 N. 3RD STREET LAFAYETTE IN 47901 | | ■ Contingent ■ Unliquidated ■ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | | **Basis for the claim:** POTENTIAL TAX LIABILITY | | |
| | **Last 4 digits of account number** | | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | | ■ No ☐ Yes | | |
| 2.133 | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
| | VANDERBURGH COUNTY TREASURER P. O. BOX 77 EVANSVILLE IN 47701-0077 | | ■ Contingent ■ Unliquidated ■ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | | **Basis for the claim:** POTENTIAL TAX LIABILITY | | |
| | **Last 4 digits of account number** | | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | | ■ No ☐ Yes | | |
| 2.134 | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | $93.75 | $93.75 |
| | VICTORIA CHANDLER ADDRESS ON FILE | | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | | **Basis for the claim:** EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | | ■ No ☐ Yes | | |

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.135 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

WARREN COUNTY TREASURER
406 JUSTICE DRIVE
LEBANON OH 45036

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| 2.136 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

WASHINGTON COUNTY TRUSTEE
PO BOX 215
JONESBOROUGH TN 37659

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| 2.137 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,190.63 | $1,190.63 |
|---|---|---|---|---|

WILLIAM FAULKNER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| 2.138 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $625.00 | $625.00 |
|---|---|---|---|---|

ZACHARY ROBINSON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

Debtor   **DW Restaurant Holder, LLC** _____   Case number (if known)   **25-80103** _____
         Name

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
| --- | --- | --- | --- |
| | Name | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
| --- | --- | --- |

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$4,246.16** |
| --- | --- | --- | --- |
| | 360 SERVICES<br>51 KOWEBA LANE<br>INDIANAPOLIS IN 46201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$776.29** |
| --- | --- | --- | --- |
| | A HEAD FOR PROFITS LLC<br>909 DIVISION ST, STE 100<br>NASHVILLE TN 37203 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$1,120.00** |
| --- | --- | --- | --- |
| | A1 FIRE PROTECTION SERVICE INC<br>7181 MAYGAN DR<br>OLIVE BRANCH MS 38654 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$808.81** |
| --- | --- | --- | --- |
| | A-1 LOCK & SAFE CO<br>5983 LAUREL RIDGE DRIVE<br>NEWBURGH IN 47630 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$483.40** |
| --- | --- | --- | --- |
| | ABCO FIRE PROTECTION INC<br>PO BOX 931933<br>CLEVELAND OH 44193 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **DW Restaurant Holder, LLC** | | Case number (if known) | **25-80103** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | | | | | **Amount of claim** |
| --- | --- | --- | --- | --- | --- |
| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | | $551.88 |
| | ACTION RENTAL AND SALES INC<br>1861 N EASTMAN RD<br>KINGSPORT TN 37664 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | | | |
| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | | $1,370.00 |
| | ADCO CLEANING SERVICE<br>5760 GROVE DR<br>KNOXVILLE TN 37918 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | | | |
| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | | $613.66 |
| | ADVANCE LANDSCAPING<br>8031 MILLER TOWN PK<br>KNOXVILLE TN 37924 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | | | |
| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | | $10,208.64 |
| | ADVANCED PARTS AND SERVICE INC<br>1800 PARKES DRIVE<br>BROADVIEW IL 60155 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | | | |
| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | | $946.01 |
| | AJS LAWN AND LANDSCAPING LLC<br>5337 WOODBINE AVE<br>DAYTON OH 45432 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | | | |

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.11**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$312.25** |
|---|---|---|

ALL IN ONE RENTALS LLC
5445 BROADWAY
MERRILLVILLE IN 46410

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.12**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,188.64** |
|---|---|---|

ALL OCCASION PARTY RENTALS
PO BOX 51924
KNOXVILLE TN 37950

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.13**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$358.02** |
|---|---|---|

ALTSTADT PLUMBING SERVICE INC.
1401 BUCHANAN ROAD
EVANSVILLE IN 47720

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.14**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$750.00** |
|---|---|---|

ANCHOR BAY SERVICES LLC
48051 BOOK CT
CHESTERFIELD MI 48047

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.15**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,881.36** |
|---|---|---|

AT&T
PO BOX 5019
CAROL STREAM IL 60197-5019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$493.44** |
|---|---|---|---|

ATECH FIRE & SECURITY LLC
600 SHOEMAKER AVE, UNIT 5
COLUMBUS OH 43201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$17,596.64** |
|---|---|---|---|

ATECH INCORPORATED
PO BOX 24614
NASHVILLE TN 37202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$7,312.74** |
|---|---|---|---|

AVERUS WEST LLC
89 PUTTER LANE
TORRINGTON CT 06790

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$6,150.77** |
|---|---|---|---|

AXIS PORTABLE AIR LLC
33 SOUTH 56TH ST SUITE 102
CHANDLER AZ 85226

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$67.41** |
|---|---|---|---|

BEER TUBES LLC
11405 N PENNSYLVANIA ST STE 106
CARMEL IN 46032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | | Case number (if known) | **25-80103** |
|---|---|---|---|---|
| | Name | | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

BEN E KEITH COMPANY
PO BOX 901001
FT WORTH TX 76101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,640.00**

BILLS LAWN CARE
2168 WHIPPOORWILL ST
PORTAGE IN 46368

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$215.00**

BRIGHT WINDOW INC
4549 S TROY ST APT 1
CHICAGO IL 60632

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$6,608.56**

BRINK'S
PO BOX 101031
ATLANTA GA 30392-1031

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$934.46**

BUILDING MANAGEMENT PARTNERS LLC
226 GRANDVIEW DRIVE
FORT MITCHELL KY 41017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No  ☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$1,033.50** |
| | BUTLER LAWN CARE AND LANDSCAPING CORPORATION<br>4854 FAR HILLS DR<br>INDEPENDENCE KY 41051 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |
| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$42,260.79** |
| | CAPTURIS<br>PO BOX 713<br>MANDAN ND 58554 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |
| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$17,079.19** |
| | CHAIN STORE MAINTENANCE LLC<br>350 HIGHLAND DR ST 100<br>LEWISVILLE TX 75037 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |
| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$719.97** |
| | CHATTANOOGA FIRE PROTECTION INC<br>1818 BROAD STREET<br>CHATTANOOGA TN 37408 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |
| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **UNDETERMINED** |
| | CHENEY BROTHERS INC<br>1 CHENEY WAY<br>RIVERA BEACH FL 33404 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | 25-80103 |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $116.60 |
|---|---|---|---|

CLEARVIEW PROFESSIONAL WINDOW
CLEANING LLC
1043 MACKEY PIKE
NICHOLASVILLE KY 40356-9330

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $2,296.91 |
|---|---|---|---|

CLM MIDWEST
2655 ERIE STREET
RIVER GROVEL IL 60171

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,475.43 |
|---|---|---|---|

COMMERCIAL PARTS & SERVICE
10671 TECHWOOD CIRCLE
CINCINNATI OH 45242

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $13,005.79 |
|---|---|---|---|

COMMERCIAL SOLUTIONS INC
21 INDUSTRIAL DRIVE
SMITHFIELD RI 02917

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $62.83 |
|---|---|---|---|

CONNECTYOURCARE
3003 TASMAN DRIVE
SANTA CLARA CA 95054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,650.00**

CROSSFIRE EXHAUST SYSTEM MGMT INC
PO BOX 1391
OZARK MO 65721

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☒ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$297.25**

CULLIGAN WATER
110 WEST FREEMONT STREET
OWATONNA MN 55060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☒ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1.95**

CURATED EVENTS
444 BRICK CHURCH PARK DR
NASHVILLE TN 37207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☒ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$900.00**

CUSTOM FLOORING BY BRIAN
747 E BOUGHTON RD - STE 236
BOLINGBROOK IL 60440

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☒ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$7,364.00**

D A DODD LLC
PO BOX 430
ROLLING PRAIRIE IN 46371

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☒ No ☐ Yes

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,344.98** |

DENNIS WRIGHT PLUMBING CO LLC
698 OLD HIGHWAY 51 N
NESBIT MS 38651-9604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$60.00** |

DEPT OF LABOR AND WORKFORCE
DEVELOPMENT BOILER. ELEVATOR, AMUSMEN
220 FRENCH LANDING DRIVE, 4A
NASHVILLE TN 37243

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$264.04** |

DRAFT DOCTORS LLC
1885 NEW HOPE ROAD
JOELTON TN 37080

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,462.03** |

DRD REPAIR
2456 FORTUNE DR STE 120
LEXINGTON KY 40509

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,283.85** |

E L WALTERS A/C & HEATING INC
124 20 N GREEN RIVER RD
EVANSVILLE IN 47725

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **DW Restaurant Holder, LLC** | | Case number (if known) | **25-80103** |
|---|---|---|---|---|
| | Name | | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $892.25 |
|---|---|---|---|

EAST BRAINERD PLUMBING & HEATING CO
8133 E. BRAINERD ROAD
CHATTANOOGA TN 37421

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $344.00 |
|---|---|---|---|

EAST END LANDSCAPING LLC
PO BOX 221072
LOUISVILLE KY 40252

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $2,600.00 |
|---|---|---|---|

EBBERTS ENTERPRISES LLC
7371 CLAY STREET
MERRILLVILLE IN 46410

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $2,946.07 |
|---|---|---|---|

ECOLAB FOOD SAFETY SPECIALTIES
24198 NETWORK PLACE
CHICAGO IL 60673-1241
CHICAGO IL 60673-1241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $44,545.86 |
|---|---|---|---|

ECOLAB INSTITUTIONAL
PO BOX 70343
CHICAGO IL 60673-0343

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | 25-80103 |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $29,834.75 |

EDWARD DON & COMPANY
2562 PAYSPHERE CIRCLE
CHICAGO IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |

EEOC COMMISSIONER
ATLANTA DISRICT OFFICE
100 ALABAMA ST. SW
SUITE 4R30
ATLANTA GA 30303

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,945.56 |

ENVIRO MASTER SERVICES
PO BOX 950467
ST LOUIS MO 63195-0467

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $300.00 |

ERICH HUNTER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $21.20 |

EVERON LLC - FEIN-90-0008456
PO BOX 872987
KANSAS CITY MO 64187-2987

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | 25-80103 |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.56 | **Nonpriority creditor's name and mailing address**<br><br>EXPRESS ENGRAVING<br>107 BOZEMAN LANE<br>SYLVESTER GA 31791 | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,566.07** |
|---|---|---|---|
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address**<br><br>FACILITIES MANAGEMENT LLC<br>8505 ZIONSVILLE ROAD<br>INDIANAPOLIS IN 46268 | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12,584.77** |
|---|---|---|---|
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address**<br><br>FISH WINDOW CLEANING<br>1331 CONANT ST STE 101<br>MAUMEE OH 43537 | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$78.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address**<br><br>FOX VALLEY FIRE & SAFETY CO<br>2730 PINNACLE DRIVE<br>ELGIN IL 60124 | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,046.07** |
|---|---|---|---|
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address**<br><br>GARY HUMPHREY<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$80.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | 25-80103 |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$139.10** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

GASKET GUY OF NORTHERN INDIANA
PO BOX 896
LAPORTE IN 46352

**Date(s) debt was incurred** VARIOUS            **Basis for the claim:** TRADE

**Last 4 digits of account number**            **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,505.30** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

GASKETS ROCK
504 PARKWAY VIEW DRIVE
PITTSBURGH PA 15205

**Date(s) debt was incurred** VARIOUS            **Basis for the claim:** TRADE

**Last 4 digits of account number**            **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,944.14** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

GAYLOR ELECTRIC INC
5750 CASTLE CREEK PKWY NORTH DR,STE 400
INDIANAPOLIS IN 46250

**Date(s) debt was incurred** VARIOUS            **Basis for the claim:** TRADE

**Last 4 digits of account number**            **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$8,607.43** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

GLENNS COMMERCIAL SERVICE
4012 BISHOP LANE
LOUISVILLE KY 40219

**Date(s) debt was incurred** VARIOUS            **Basis for the claim:** TRADE

**Last 4 digits of account number**            **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,774.89** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

GORDON PLUMBING INC
8711 CASTLE PARK DRIVE
INDIANPOLIS IN 46256

**Date(s) debt was incurred** VARIOUS            **Basis for the claim:** TRADE

**Last 4 digits of account number**            **Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
| --- | --- | --- | --- |
| | Name | | |

| | | | **Amount of claim** |
| --- | --- | --- | --- |

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$144.06** |
| --- | --- | --- | --- |

GREAT LAKES BAR CONTROL
4705 VAN EPPS ROAD
BROOKLYN HEIGHTS OH 44131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,175.00** |
| --- | --- | --- | --- |

HART PAINTING AND MAINTENANCE
2833 ASHBY GLEN PLACE
LEXINGTON KY 40509

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$590.00** |
| --- | --- | --- | --- |

HEETER PLUMBING LLC
8633 N. DIXIE DRIVE
DAYTON OH 45414

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$321.78** |
| --- | --- | --- | --- |

HILL SERVICES INC / DBA HILL SERVICES
PLUMBING & HVAC
4940 COVINGTON WAY
MEMPHIS TN 38128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$385,428,981.73** |
| --- | --- | --- | --- |

HOA RESTAURANT HOLDER, LLC
1815 THE EXCHANGE SE
ATLANTA GA 30339

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:** <u>INTERCOMPANY PAYABLE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.71** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,251.00**

HOLT PLUMBING CO LLC
2608 MURFREESBORO RD STE 100
NASHVILLE TN 37217

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$44,944.80**

HOOTERS OF AMERICA, LLC
1815 THE EXCHANGE SE
ATLANTA GA 30339

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>INTERCOMPANY PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$720.00**

HYDRO CLEAN INC
420 MATTESON ST
DYER IN 46311

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$364.53**

HYLAND FILTER SERVICE LOUISVILLE
610 LOCUST LANE
LOUISVILLE KY 40217

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,030.54**

INFINITY DESIGN AND CONSTRUCTION GROUP INC
11605 SHELBYVILLE RD
LOUISVILLE KY 40242

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $647.61 |

INTERNATIONAL COVERS INC
8538 HIDDEN CREEK DRIVE
UNION KY 41091

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| | | | Amount of claim |
|---|---|---|---|
| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,724.00 |

JNP LAWN AND SNOW
127 HARRISON AVE. #2
SWANTON OH 43558

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| | | | Amount of claim |
|---|---|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $2,930.75 |

JOHNSON CONSTRUCTION
4823 DAVID DR
ROCKFORD IL 61108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| | | | Amount of claim |
|---|---|---|---|
| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |

JOLI HUNSLEY
C/O MULLEN AND ASSOCIATES, PC
ATTN: LLOYD P. MULLENS
113 W. JOLIET STREET
CROWN POINT IN 46307

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| | | | Amount of claim |
|---|---|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $5,359.22 |

KD GLOBAL SOLUTIONS LLC
18247 LANDS END DR
WESTFIELD IN 46074

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$465.00** |

KINCO EXHAUST
7953 E SOUTHPORT RD
INDIANAPOLIS IN 46259

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$8,159.80** |

KOORSEN FACILITIES MANAGEMENT LLC
2801 N CATHERWOOD AVE
INDIANAPOLIS IN 46219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,669.50** |

LAWNVALUE LLC
5030 CAROTHERS PKWY SUITE 110
FRANKLIN TN 37067

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,935.46** |

LEE COMPANY
4057 RURAL PLAINS CIRCLE
FRANKLIN TN 37064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,665.59** |

LIBERTY SERVICES INC / FILTERSHINE MIDWEST
1005 S MAIN STREET
WEST MILTON OH 45383-1374

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$50.00**

LIFE SAFETY INSPECTIONS LLC
1143 OAK RIDGE TURNPIKE
STE 107A-167
OAK RIDGE TN 37830

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$10,022.86**

MAHONEY ENVIRONMENTAL
37458 EAGLE WAY
CHICAGO IL 60678-1374

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,205.95**

MAINTENX INTERNATIONAL
2202 NORTH HOWARD AVENUE
TAMPA FL 33607

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$27,039.00**

MANNAT HOTEL LLC
4144 LEBANON PIKE
HERMITAGE TN 37076

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

MANNING,CHARLES
SARKISIAN LAW OFFICES
A. JAMES SARKISIAN
3893 E. U.S. HIGHWAY
MERRILLVILLE IN 46410

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|
| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$970.20** |
| | | ☐ Contingent | |
| | MD GONZALEZ LAWN CARE LLC | ☐ Unliquidated | |
| | 8 APPOMATOX CT | ☐ Disputed | |
| | WEST CHESTER OH 45069 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$160.00** |
| | | ☐ Contingent | |
| | METRO ALARM OFFICE | ☐ Unliquidated | |
| | 125 N MAIN ST 1B20 | ☐ Disputed | |
| | MEMPHIS TN 38103 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
| | | ■ Contingent | |
| | MICHOE JOHNSON | ■ Unliquidated | |
| | ADDRESS ON FILE | ■ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>LITIGATION</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,138.00** |
| | | ☐ Contingent | |
| | MIDSOUTH ELECTRIC CONTRACTORS INC | ☐ Unliquidated | |
| | 3869 NEW GETWELL ROAD | ☐ Disputed | |
| | MEMPHIS TN 38118-6016 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,905.54** |
| | | ☐ Contingent | |
| | MIKE HENSLEY PLUMBING INC | ☐ Unliquidated | |
| | ADDRESS ON FILE | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

Debtor **DW Restaurant Holder, LLC** — Case number (if known) **25-80103**

Name

| | | Amount of claim |
|---|---|---|

**3.96** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$217.94**

MIMEO COM INC
PO BOX 654018
DALLAS TX 75265-4018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$475.00**

MIRROR LAWN TURF DOCTOR INC
PO BOX 1000 DEPT 213
MEMPHIS TN 38148-0213

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$1,629.10**

MY GROUT GUYS INC
135 E ST CHARLES RD L1
CAROL STREAM IL 60188

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **UNDETERMINED**

NADG NNN HTRS (IN) LP
PATRICK OLMSTEAD LAW LLC
PATRICK J. OLMSTEAD, JR.
PO BOX 1067
GREENWOOD IN 46142

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>LITIGATION</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$162,593.50**

NADG NNN HTRS IN LP
3131 MCKINNEY AVENUE
SUITE 3131
DALLAS TX 75204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|
| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
| | NATALIE CURET; VICTOR AGOSTA C/O PREVIOUS COUNSEL: DANIEL B. MINOR 525 EAST MARKET STREET KINGSPORT TN 37660 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>LITIGATION</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$482.23** |
| | NATIONAL CHECKING COMPANY 899 MONTREAL CIRCLE ST PAUL MN 55102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,300.00** |
| | NEON BRIGHT SOLUTIONS 8625 NEW HARMONY ROAD EVANSVILLE IN 47720 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,595.00** |
| | NORRIS LANDSCAPINGÁ 25392 PINE LAKE STREETÁ EDWARDSBURG MI 49112 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,774.11** |
| | OHIO WINDOW CLEANING INC PO BOX 24039 DAYTON OH 45424 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **DW Restaurant Holder, LLC** | | Case number (if known) | **25-80103** |
|---|---|---|---|---|
| | Name | | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $725.00 |
|---|---|---|---|

OLYMPIA MAINTENANCE INC
3025 SOFFEL AVENUE
MELROSE PARK IL 60160

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $168,885.00 |
|---|---|---|---|

PACHECO PASS PROPERTIES LP
3275 LAKESHORE DRIVE
C/O TODD MATHIS
WASHOE VALLEY NV 89704

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $5,856.30 |
|---|---|---|---|

PARTS TOWN LLC
27787 NETWORK PLACE
CHICAGO IL 60673-1277

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,058.95 |
|---|---|---|---|

PAVION CORP
4151 LAFAVETTE CENTER DRIVE SUITE 700
CHANTILLY VA 20151

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,736.21 |
|---|---|---|---|

PEPSI-COLA COMPANY
75 REMITTANCE DRIVE
SUITE 1884
CHICAGO IL 60675-1884

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No  ☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | | **$130,785.70** |
| | PLUS FOUR DEGREES INVESTMENT LLC<br>8950 S. W. 74 COURT<br>SUITE 2249<br>MIAMI FL 33156 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No  ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | | **$225.52** |
| | PRIME TIME PARTY AND EVENT RENTAL LLC<br>5225 N. SPRINGBORO PIKE<br>DAYTON OH 45439 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No  ☐ Yes | |

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | | **$3,512.50** |
| | PROFESSIONAL CEILING SERVICES<br>472 N 16TH ST<br>NOBLESVILLE IN 46060 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No  ☐ Yes | |

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | | **$21,129.49** |
| | PROVIDENT MERCHANDISE SOURCING, LLC<br>107 HAMPTON ROAD<br>SUITE 170<br>CLEARWATER FL 33759 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No  ☐ Yes | |

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | | **$2,674.55** |
| | QUALITY KITCHEN SERVICE INC<br>418 WOODBRIDGE DR<br>LOWELL IN 46356 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No  ☐ Yes | |

| Debtor | **DW Restaurant Holder, LLC** | | Case number (if known) | **25-80103** |
|---|---|---|---|---|
| | Name | | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,000.00** |
|---|---|---|---|

QUEEN CITY RIVERBOATS
PO BOX 74131
DAYTON KY 41074

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,966.33** |
|---|---|---|---|

RATIONAL USA
1701 GOLF ROAD
SUITE C 120 COMMERCIUM
ROLLING MEADOWS IL 60008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,320.97** |
|---|---|---|---|

REGIONS FACILITY SERVICES INC
2314 CIRCUIT WAY
BROOKSVILLE FL 34604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$369.86** |
|---|---|---|---|

RENT & RAVE INC
1210 TRUMAN PARK DR
LOUISVILLE KY 40245

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,303.00** |
|---|---|---|---|

RESOLUTIONS INC
651 PEACH ORCHARD DR, STE 201
WEST CARROLLTON OH 45449

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | 25-80103 |
|--------|-------------------------------|------------------------|----------|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.121** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$17,067.20**

RESTAURANT EQUIPMENT MAINTENANCE CO LLC
995 YEAGER PARKWAY
PELHAM AL 35124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,370.30**

RESTAURANT MAGIC
8383 SENECA TURNPIKE
NEW HARTFORD NY 13413

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$750.00**

RESTORE RITE LLC
9303 WIMBLEY CT
LOUISVILLE KY 40241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,029.91**

RICK'S LOCK & KEY
PO BOX 21631
CHATTANOOGA TN 37424

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,550.40**

ROOFINGSOURCE
6255 W HOWARD ST
NILES IL 60714

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$828.20**

ROOFTOP SOLUTIONS
2019 CORPORATE LN
SUITE 119
NAPERVILLE IL 60563

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$717.45**

SAFETYTECH INC
30 E. 7TH STREET
PO BOX 665
LAPEL IN 46051

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$44,330.82**

SERGEI REBRIK
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$14,229.79**

SHOFFNER MECHANICAL SERVICES
PO BOX 10048
KNOXVILLE TN 37939-0048

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$11,598.94**

SIGNMANAGER INC
129 W JACKSON AVE
UNIT 104
KNOXVILLE TN 37902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | 25-80103 |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $6,417.56 |
|---|---|---|---|

SILCO FIRE & SECURITY
10765 MEDALLION DRIVE
CINCINNATI OH 45241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,056.72 |
|---|---|---|---|

SINCLAIR SERVICE GROUP LLC
143 ANTWERP AVE
BROOKVILLE OH 45309

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $4,371.50 |
|---|---|---|---|

SOEFKER REFRIGERATION INC
1568 PANAMA STREET
MEMPHIS TN 38108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $3,935.43 |
|---|---|---|---|

SOUTHEAST SERVICE GROUP LLC
6220 WESTERN AVE
KNOXVILLE TN 37921

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,205.10 |
|---|---|---|---|

SPECIALTY LIGHTING GROUP
PO BOX 1196
NEW HAVEN CT 06505

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | 25-80103 |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.136**

**Nonpriority creditor's name and mailing address**

SQUEAKY KLEAN INC
1406 SHAWHAN TERRACE
CHATTANOOGA TN 37411

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$170.00**

---

**3.137**

**Nonpriority creditor's name and mailing address**

STAPLES BUSINESS ADVANTAGE
PO BOX 412526
DEPT B0S
BOSTON MA 02241-5256

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$18,578.81**

---

**3.138**

**Nonpriority creditor's name and mailing address**

STORE SUPPLY WAREHOUSE
BIN 110280
PO BOX 88280
MILWAUKEE WI 53288-8280

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$1,123.51**

---

**3.139**

**Nonpriority creditor's name and mailing address**

STRATEGIC EQUIPMENT & SUPPLY
PO BOX 535427
ATLANTA GA 30353-5427

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$2,668.80**

---

**3.140**

**Nonpriority creditor's name and mailing address**

SUNBEAM DEVELOPMENT CORPORATION
1401 79TH STREET CAUSEWAY
NORTH BAY VILLIAGE FL 33141

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$66,784.99**

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

**3.141** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

SUNBEAM DEVELOPMENT CORPORATION
ROACHE & ASSOCIATES
ROBERT D. ROACHE, II
581 S. RANGELINE RD., #A1
CARMEL IN 46032

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,890.30**

TECH 24
410 EAST WASHINGTON STREET
GREENVILLE SC 29601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$374.00**

TECH SERVICE TODAY LLC
1903 S CONGRESS AVE
SUITE NO 305
BOYNTON BEACH FL 33426

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$41,095.34**

THE ICEBOX
700 LAKE AVE
ATLANTA GA 30307

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$6,090.00**

TLC PLUMBING INC
235 N LINDBERG STREET
GRIFFITH IN 46319

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **DW Restaurant Holder, LLC** | | | |
|---|---|---|---|---|
| | Name | | Case number (if known) | **25-80103** |

| | | | **Amount of claim** |
|---|---|---|---|
| 3.146 | **Nonpriority creditor's name and mailing address**<br><br>TOTAL HVAC LLC<br>15115 OLD HICKORY BLVD - STE B<br>NASHVILLE TN 37211<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<u>TRADE</u><br><br>**Is the claim subject to offset?** ■ No ☐ Yes | **$2,755.45** |
| 3.147 | **Nonpriority creditor's name and mailing address**<br><br>TOTAL MECHANICAL SERVICES<br>200 COLLINSVILLE ROAD<br>TROY IL 62294<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<u>TRADE</u><br><br>**Is the claim subject to offset?** ■ No ☐ Yes | **$2,922.04** |
| 3.148 | **Nonpriority creditor's name and mailing address**<br><br>TOWN CENTER INC<br>PO BOX 2273<br>BRIGHTON MI 48116<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<u>TRADE</u><br><br>**Is the claim subject to offset?** ■ No ☐ Yes | **$2,013.75** |
| 3.149 | **Nonpriority creditor's name and mailing address**<br><br>TRI-STATE ELEVATOR<br>4838 DUFF DRIVE, STE D<br>CINCINNATI OH 45246<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<u>TRADE</u><br><br>**Is the claim subject to offset?** ■ No ☐ Yes | **$1,677.50** |
| 3.150 | **Nonpriority creditor's name and mailing address**<br><br>TRITON SERVICES INC<br>8162 DUKE BLVD<br>MASON OH 45040<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<u>TRADE</u><br><br>**Is the claim subject to offset?** ■ No ☐ Yes | **$500.00** |

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.151**

**Nonpriority creditor's name and mailing address**

TWC SERVICES INC
PO BOX 1612
DE MONIES IA 50306

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$395.21**

---

**3.152**

**Nonpriority creditor's name and mailing address**

ULINE INC
PO BOX 88741
CHICAGO IL 60680-1741

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$1,083.10**

---

**3.153**

**Nonpriority creditor's name and mailing address**

VALLEY REFRIGERATION SERVICE INC
627 N. WAYNE AVENUE
CINCINNATI OH 45215

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$18,900.05**

---

**3.154**

**Nonpriority creditor's name and mailing address**

VAN EERDEN FOODSERVICE COMPANY
650 IONIA AVE SW
GRAND RAPIDS MI 49503

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**UNDETERMINED**

---

**3.155**

**Nonpriority creditor's name and mailing address**

WINBROOK MANAGEMENT, LLC AS MANAGING
AGENT FOR TWO RIVERS CENTER
550 SEVENTH AVE
15TH FLOOR
NEW YORK NY 10018

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$6,807.86**

---

Debtor    **DW Restaurant Holder, LLC**
_____     Case number (if known)    **25-80103**
Name

| | Amount of claim |
|---|---|

3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply |

$50.00

WINDOWS BY FRITZ
3609 CAMPBELL STREET
VALPARAISO IN 46385

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**    ■ No    ☐ Yes

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">Part 3:</td><td>**List Others to Be Notified About Unsecured Claims**</td></tr>
</table>

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed ? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | 25-80103 |
|---|---|---|---|
| | Name | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **220,300.55** <br> **plus undetermined amounts** |
| **5b. Total claims from Part 2** | 5b. + | $ | **386,653,596.92** <br> **plus undetermined amounts** |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | **386,873,897.47** <br> **plus undetermined amounts** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>DW Restaurant Holder, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>Northern District of Texas (Dallas)</strong></td></tr>
<tr><td>Case number (if known)</td><td><strong>25-80103</strong></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contacts of leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** — ESTIMATE | |
| | **State the term remaining** — UNDETERMINED | |
| | **List the contract number of any government contract** | ALL ABOUT LAWNS LLC<br>ATTN: GENERAL COUNSEL<br>22410 GILES RD<br>GRETNA NE 68028 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** — LEASE AGREEMENT - STORE NO. 245 - SPRINGDALE | |
| | **State the term remaining** — UNDETERMINED | |
| | **List the contract number of any government contract** | ATS REALTY, LLC<br>ATTN: ADAM SHORT<br>1044 JOUETT CREEK DRIVE<br>LEXINGTON KY 40509 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** — LEASE AGREEMENT - STORE NO. 873 - MASON | |
| | **State the term remaining** — UNDETERMINED | |
| | **List the contract number of any government contract** | CBC ESCORT, LLC<br>ATTN: GENERAL COUNSEL<br>9094 LA CANADA RD<br>ATASCADERO CA 93422 |

| Debtor | DW Restaurant Holder, LLC | | Case number (if known) | 25-80103 |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 116 - JOHNSON CITY | |
| | State the term remaining | 4,918 DAYS | COLONIAL CORP. ATTN: MITCH MEREDITH 1212 KNOB CREEK ROAD JOHNSON CITY TN 37604 |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO PRODUCT AND SERVICES SUPPLY AGREEMENT BETWEEN ECOLAB INC AND HOOTERS OF AMERICA, LLC | |
| | State the term remaining | 275 DAYS | ECOLAB INC ATTN: GENERAL COUNSEL ECOLAB CENTER 370 WABASHA ST NORTH ST PAUL MN 55102 |
| | List the contract number of any government contract | | |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO PRODUCT AND SERVICES SUPPLY AGREEMENT BETWEEN ECOLAB INC AND HOOTERS OF AMERICA, LLC | |
| | State the term remaining | 275 DAYS | ECOLAB INC ATTN: JEFFREY HUNDT, CORPORATE ACCOUNT MANAGER II 13000 DEERFIELD PKWY STE 300 MILTON GA 30004 |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | PRODUCT AND SEVICES SUPPLY AGREEMENT | |
| | State the term remaining | UNDETERMINED | ECOLAB INC ATTN: GENERAL COUNSEL 1 ECOLAB PL ST PAUL MN 55102 |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | PRODUCT AND SEVICES SUPPLY AGREEMENT | |
| | State the term remaining | 275 DAYS | ECOLAB INC ATTN: GENERAL COUNSEL 1 ECOLAB PL ST PAUL MN 55102 |
| | List the contract number of any government contract | | |

| Debtor | **DW Restaurant Holder, LLC** | | Case number (if known) | 25-80103 |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO PRODUCT AND SERVICES SUPPLY AGREEMENT BETWEEN ECOLAB INC AND HOOTERS OF AMERICA, LLC | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ECOLAB INC<br>ATTN: GENERAL COUNSEL<br>1 ECOLAB PL<br>ST PAUL MN 55102 |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTICIPATION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GREAT-WEST TRUST COMPANY LLC<br>ATTN: GENERAL COUNSEL<br>8515 EAST ORCHARD RD<br>GREENWOOD VILLAGE CO 80111 |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 41 - CHATTANOOGA | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | JEERAN BRAINERD, LLC<br>ATTN: ALIYAR DEHGHANI<br>444 CAMINO DELL RIO SOUTH, STE 101<br>SAN DIEGO CA 92108 |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 787 - MURFREESBORO | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | JOSEPH BERMAN AND LESLIE BERMAN, TRUSTEES OF THE BERMAN FAMILY TRUST, U.D.T. DATED APRIL 26, 1995<br>ADDRESS ON FILE |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 554 - SCHERERVILLE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LAKE COUNTY TRUST 1437<br>ATTN: JOHN TEIBEL<br>PO BOX 1313<br>LAFAYETTE IN 47902 |

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 409 - JEFFERSONVILLE | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | LOUISVILLE HOTEL ASSOCIATES, LLC<br>ATTN: SCOTT KUCINSKI<br>306 S HENRY ST, SUITE 100<br>WILLIAMSBURG VA 23185 |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 140 - LEXINGTON | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | MAN O' WAR ASSOCIATES<br>C/O EQUITY MANAGEMENT GROUP<br>ATTN: VICTORIA GRAFFIUS<br>840 EAST HIGH STREET<br>LEXINGTON KY 40502 |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 556 - HERMITAGE | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | MANNAT HOTELS, LLC<br>ATTN: NICK PATEL<br>2637 SEQUOYA TRACE<br>MURFREESBORO TN 37127 |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 549 - MERCHANTS DRIVE | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | MERCHANT WINGS "B", INC.<br>C/O HUNTER DEVELOPMENT COMPANY<br>ATTN: JIM HARRISON; TONIE MCFERRIN<br>5731 LYONS VIEW PIKE, STE 225<br>KNOXVILLE TN 37919 |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 129 - LAFAYETTE IN | |
| | State the term remaining | 183 DAYS | |
| | List the contract number of any government contract | | MICROPROPERTIES CORNER LLC<br>ATTN: JENNIFER STETSON<br>8140 WALNUT HILL LANE SUITE 420<br>DALLAS TX 75231 |

| Debtor | **DW Restaurant Holder, LLC** | | Case number (if known) | **25-80103** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 45 - CLARKSVILLE | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | NADG NNN HTRS (IN) LP |
| | List the contract number of any government contract | | ATTN: DREW IRELAND<br>3131 MCKINNEY AVENUE, SUITE 3131<br>DALLAS TX 75204 |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 508 - FLORENCE | |
| | State the term remaining | UNDETERMINED | NADG NNN HTRS (KY) LP |
| | List the contract number of any government contract | | ATTN: DREW IRELAND<br>3131 MCKINNEY AVENUE, SUITE 3131<br>DALLAS TX 75204 |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 468 - DAYTON | |
| | State the term remaining | UNDETERMINED | NADG NNN HTRS (OH) LP |
| | List the contract number of any government contract | | ATTN: DREW IRELAND<br>3131 MCKINNEY AVENUE, SUITE 3131<br>DALLAS TX 75204 |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 128 - KINGSTON PIKE | |
| | State the term remaining | UNDETERMINED | OLIVER AND EVELYN SMITH IRREVOCABLE TRUST |
| | List the contract number of any government contract | | ADDRESS ON FILE |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 847 - MEMPHIS (WINCHESTER RD) | |
| | State the term remaining | UNDETERMINED | PACHECO PASS PROPERTIES, L.P. |
| | List the contract number of any government contract | | ATTN: TODD MATHIS<br>3275 LAKESHORE DRIVE<br>WASHOE VALLEY NV 89704 |

| Debtor | DW Restaurant Holder, LLC | Case number (if known) | 25-80103 |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 565 - MEMPHIS DOWNTOWN | |
| | State the term remaining | UNDETERMINED | PEABODY PLACE CENTRE GP ATTN: LISE WILLIAMS 100 PEABODY PLACE #1400 MEMPHIS TN 38103 |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 427 - RICHMOND KY | |
| | State the term remaining | UNDETERMINED | PLUS FOUR DEGREES INVESTMENT, LLC ATTN: MOSE LEVI 2525 EMBASSY DRIVE COOPER CITY FL 33026 |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 858 - PORTAGE | |
| | State the term remaining | UNDETERMINED | PORTAGE DEVELOPMENT, LLC ATTN: DEVARSHI PATEL 6600 CARL COURT WOODRIDGE IL 60517 |
| | List the contract number of any government contract | | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 260 - TOLEDO | |
| | State the term remaining | UNDETERMINED | S & N REALTY, INC. AND NORMA J. BEAVER, TRUSTEE ATTN: TIMOTHY MAGEE (LAWYER) 347 NORTH MAIN STREET, SUITE 1 BOWLING GREEN OH 43402 |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | BOAT DOCK SPACE LICENSE AGREEMENT | |
| | State the term remaining | 0 DAYS | SCHMIDT SHOW TIKI TOURS LLC ATTN: GENERAL COUNSEL 301 RIVERBOAT ROW NEW PORT KY 41071 |
| | List the contract number of any government contract | | |

| Debtor | **DW Restaurant Holder, LLC** | | Case number (if known) | **25-80103** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | BOAT DOCK SPACE LICENSE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | 0 DAYS | |
| | List the contract number of any government contract | | SCHMIDT SHOW TIKI TOURS LLC<br>ATTN: KEVIN SCHMIDT<br>1145 PAMELA RD<br>CINCINNATI OH 45255 |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | BOAT DOCK SPACE LICENSE AGREEMENT | |
| | State the term remaining | 0 DAYS | |
| | List the contract number of any government contract | | SCHMIDT SHOW TIKI TOURS LLC<br>ATTN: KEVIN SCHMIDT<br>1145 PAMELA RD<br>CINCINNATI OH 45255 |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 73 - EVANSVILLE | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SERGEI REBRIK AND TATIANA REBRIK, TRUSTEES OF THE REBRIK FAMILY TRUST DATED JUNE 8, 2018<br>ADDRESS ON FILE |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 92 - GREENWOOD IN | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SHERMAN H. SAWIN AND GLORIA L. SAWIN<br>ADDRESS ON FILE |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 110 - INDY DOWNTOWN | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | STATION PLACE HOLDINGS, LLC<br>ATTN: BEN BRAUNSTEIN<br>7600 JERICHO TURNPIKE, SUITE 402<br>WOODBURY NY 11797 |

| Debtor | **DW Restaurant Holder, LLC** | | Case number (if known) | **25-80103** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 67 - DUPONT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | STORE MASTER FUNDING II, LLC ATTN: CATHY PHILLIPS 8377 EAST HARTFORD DRIVE, SUITE 100 SCOTTSDALE AZ 85255 |
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 173 - HARDING PLACE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | STORE MASTER FUNDING II, LLC ATTN: CATHY PHILLIPS 8377 EAST HARTFORD DRIVE, SUITE 100 SCOTTSDALE AZ 85255 |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 156 - MERRILLVILLE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | STORE MASTER FUNDING II, LLC ATTN: CATHY PHILLIPS 8377 EAST HARTFORD DRIVE, SUITE 100 SCOTTSDALE AZ 85255 |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 214 - PRESTON | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | STORE MASTER FUNDING II, LLC ATTN: CATHY PHILLIPS 8377 EAST HARTFORD DRIVE, SUITE 100 SCOTTSDALE AZ 85255 |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 220 - RIVERGATE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | STORE MASTER FUNDING II, LLC ATTN: CATHY PHILLIPS 8377 EAST HARTFORD DRIVE, SUITE 100 SCOTTSDALE AZ 85255 |

| Debtor | DW Restaurant Holder, LLC | | Case number (if known) | 25-80103 |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 428 - WOLFCHASE | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | STORE MASTER FUNDING II, LLC<br>ATTN: CATHY PHILLIPS<br>8377 EAST HARTFORD DRIVE, SUITE 100<br>SCOTTSDALE AZ 85255 |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 107 - CASTLETON | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SUNBEAM DEVELOPMENT CORPORATION<br>ATTN: CHAD LINDLEY<br>9200 EAST 116TH STREET<br>FISHERS IN 46037 |
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 386 - ALCOA | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SUNNY BLUE, LLC<br>ATTN: LOUIS GLECKEL MD<br>2 OHIO DRIVE<br>LAKE SUCCESS NY 11042 |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 176 - NEWPORT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | THE CITY OF NEWPORT<br>ATTN: THOMAS FROMME, CITY MANAGER<br>CITY BUILDING, 998 MONMOUTH ST.<br>NEWPORT KY 41071 |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | PLANNED MAINTENANCE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | TWC SERVICES<br>ATTN: GENERAL COUNSEL<br>6200 SCOUT TRAIL<br>DES MOINES IA 50321 |

| Debtor | **DW Restaurant Holder, LLC** | Case number (if known) | **25-80103** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | PLANNED MAINTENANCE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TWC SERVICES<br>ATTN: GENERAL COUNSEL<br>6200 SCOUT TRAIL<br>DES MOINES IA 50321 |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | PLANNED MAINTENANCE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TWC SERVICES<br>ATTN: GENERAL COUNSEL<br>6200 SCOUT TRAIL<br>DES MOINES IA 50321 |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | PLANNED MAINTENANCE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TWC SERVICES<br>ATTN: GENERAL COUNSEL<br>6200 SCOUT TRAIL<br>DES MOINES IA 50321 |
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | PLANNED MAINTENANCE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TWC SERVICES<br>ATTN: GENERAL COUNSEL<br>6200 SCOUT TRAIL<br>DES MOINES IA 50321 |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 472 - FORT CAMPBELL | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TWO RIVERS CENTER, LLC<br>ATTN: KATHY LITTLE<br>370 7TH AVENUE<br>NEW YORK NY 10001 |

Debtor    **DW Restaurant Holder, LLC**                                            Case number (if known)    **25-80103**

Name

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 804 - MISHAWAKA | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | | | WILLIAM CUMMINGS ADDRESS ON FILE |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **DW Restaurant Holder, LLC**

United States Bankruptcy Court for the:    **Northern District of Texas (Dallas)**

Case number (if known)    **25-80103**

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | HI LIMITED PARTNERSHIP | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | HI LIMITED PARTNERSHIP | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | HOA FRANCHISING, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | HOA FRANCHISING, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **DW Restaurant Holder, LLC** | | Case number (if known) | **25-80103** |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.5 | HOA FUNDING, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D <br> ☐ E/F <br> ☐ G | 2.1 |
| 2.6 | HOA FUNDING, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D <br> ☐ E/F <br> ☐ G | 2.2 |
| 2.7 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CBC ESCORT, LLC | ☐ D <br> ☐ E/F <br> ■ G | 2.3 |
| 2.8 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D <br> ☐ E/F <br> ☐ G | 2.2 |
| 2.9 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D <br> ☐ E/F <br> ☐ G | 2.1 |
| 2.10 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | JEERAN BRAINERD, LLC | ☐ D <br> ☐ E/F <br> ■ G | 2.11 |
| 2.11 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | JOSEPH BERMAN AND LESLIE BERMAN, TRUSTEES OF THE BERMAN FAMILY TRUST, U.D.T. DATED APRIL 26, 1995 | ☐ D <br> ☐ E/F <br> ■ G | 2.12 |
| 2.12 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | MANNAT HOTELS, LLC | ☐ D <br> ☐ E/F <br> ■ G | 2.16 |
| 2.13 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | MICROPROPERTIES CORNER LLC | ☐ D <br> ☐ E/F <br> ■ G | 2.18 |

Debtor **DW Restaurant Holder, LLC**
Name

Case number (if known) **25-80103**

| 2.14 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | NADG NNN HTRS (IN) LP | ☐ D<br>☐ E/F<br>■ G  2.19 |
| 2.15 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | NADG NNN HTRS (KY) LP | ☐ D<br>☐ E/F<br>■ G  2.20 |
| 2.16 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | NADG NNN HTRS (OH) LP | ☐ D<br>☐ E/F<br>■ G  2.21 |
| 2.17 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | OLIVER AND EVELYN SMITH IRREVOCABLE TRUST | ☐ D<br>☐ E/F<br>■ G  2.22 |
| 2.18 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | PACHECO PASS PROPERTIES, L.P. | ☐ D<br>☐ E/F<br>■ G  2.23 |
| 2.19 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | PLUS FOUR DEGREES INVESTMENT, LLC | ☐ D<br>☐ E/F<br>■ G  2.25 |
| 2.20 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | PORTAGE DEVELOPMENT, LLC | ☐ D<br>☐ E/F<br>■ G  2.26 |
| 2.21 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | SERGEI REBRIK AND TATIANA REBRIK, TRUSTEES OF THE REBRIK FAMILY TRUST DATED JUNE 8, 2018 | ☐ D<br>☐ E/F<br>■ G  2.31 |
| 2.22 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | SHERMAN H. SAWIN AND GLORIA L. SAWIN | ☐ D<br>☐ E/F<br>■ G  2.32 |

| Debtor | **DW Restaurant Holder, LLC** | | Case number (if known) | **25-80103** |
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.23 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | STATION PLACE HOLDINGS, LLC | ☐ D<br>☐ E/F<br>■ G | _____<br>_____<br>2.33 |
| 2.24 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | STORE MASTER FUNDING II, LLC | ☐ D<br>☐ E/F<br>■ G | _____<br>_____<br>2.34 |
| 2.25 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | STORE MASTER FUNDING II, LLC | ☐ D<br>☐ E/F<br>■ G | _____<br>_____<br>2.35 |
| 2.26 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | STORE MASTER FUNDING II, LLC | ☐ D<br>☐ E/F<br>■ G | _____<br>_____<br>2.36 |
| 2.27 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | STORE MASTER FUNDING II, LLC | ☐ D<br>☐ E/F<br>■ G | _____<br>_____<br>2.37 |
| 2.28 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | STORE MASTER FUNDING II, LLC | ☐ D<br>☐ E/F<br>■ G | _____<br>_____<br>2.38 |
| 2.29 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | STORE MASTER FUNDING II, LLC | ☐ D<br>☐ E/F<br>■ G | _____<br>_____<br>2.39 |
| 2.30 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | SUNBEAM DEVELOPMENT CORPORATION | ☐ D<br>☐ E/F<br>■ G | _____<br>_____<br>2.40 |
| 2.31 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | SUNNY BLUE, LLC | ☐ D<br>☐ E/F<br>■ G | _____<br>_____<br>2.41 |

| Debtor | **DW Restaurant Holder, LLC** | | Case number (if known) | **25-80103** |
|--------|-------|---|--------|---------|
| | Name | | | |

| 2.32 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | TWO RIVERS CENTER, LLC | ☐ D<br>☐ E/F<br>■ G   2.48 |
| 2.33 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | WILLIAM CUMMINGS | ☐ D<br>☐ E/F<br>■ G   2.49 |
| 2.34 | HOA IP GP, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | CITIBANK, N.A., AS<br>TRUSTEE AND SECURITIES<br>INTERMEDIARY | ■ D   2.2<br>☐ E/F<br>☐ G |
| 2.35 | HOA IP GP, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | CITIBANK, N.A., AS<br>TRUSTEE AND SECURITIES<br>INTERMEDIARY | ■ D   2.1<br>☐ E/F<br>☐ G |
| 2.36 | HOA KANSAS RESTAURANT<br>HOLDER, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | CITIBANK, N.A., AS<br>TRUSTEE AND SECURITIES<br>INTERMEDIARY | ■ D   2.1<br>☐ E/F<br>☐ G |
| 2.37 | HOA KANSAS RESTAURANT<br>HOLDER, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | CITIBANK, N.A., AS<br>TRUSTEE AND SECURITIES<br>INTERMEDIARY | ■ D   2.2<br>☐ E/F<br>☐ G |
| 2.38 | HOA LAUREL, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | CITIBANK, N.A., AS<br>TRUSTEE AND SECURITIES<br>INTERMEDIARY | ■ D   2.2<br>☐ E/F<br>☐ G |
| 2.39 | HOA LAUREL, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | CITIBANK, N.A., AS<br>TRUSTEE AND SECURITIES<br>INTERMEDIARY | ■ D   2.1<br>☐ E/F<br>☐ G |
| 2.40 | HOA MARYLAND<br>RESTAURANT HOLDER, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | CITIBANK, N.A., AS<br>TRUSTEE AND SECURITIES<br>INTERMEDIARY | ■ D   2.1<br>☐ E/F<br>☐ G |

| Debtor | **DW Restaurant Holder, LLC** | | Case number (if known) | **25-80103** |
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.41 | HOA MARYLAND RESTAURANT HOLDER, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D<br>☐ E/F<br>☐ G | 2.2 |
| 2.42 | HOA RESTAURANT HOLDER, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D<br>☐ E/F<br>☐ G | 2.2 |
| 2.43 | HOA RESTAURANT HOLDER, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D<br>☐ E/F<br>☐ G | 2.1 |
| 2.44 | HOA SYSTEMS, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D<br>☐ E/F<br>☐ G | 2.1 |
| 2.45 | HOA SYSTEMS, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D<br>☐ E/F<br>☐ G | 2.2 |
| 2.46 | HOA TOWSON, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D<br>☐ E/F<br>☐ G | 2.1 |
| 2.47 | HOA TOWSON, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D<br>☐ E/F<br>☐ G | 2.2 |
| 2.48 | HOA WALDORF, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D<br>☐ E/F<br>☐ G | 2.1 |
| 2.49 | HOA WALDORF, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D<br>☐ E/F<br>☐ G | 2.2 |

| Debtor | **DW Restaurant Holder, LLC** | | Case number (if known) | **25-80103** |
| | Name | | | |

| 2.50 | HOOTS FRANCHISING, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D | 2.2 |
| | | | | ☐ E/F | |
| | | | | ☐ G | |

| 2.51 | HOOTS FRANCHISING, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D | 2.1 |
| | | | | ☐ E/F | |
| | | | | ☐ G | |

| 2.52 | HOOTS RESTAURANT HOLDER, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D | 2.1 |
| | | | | ☐ E/F | |
| | | | | ☐ G | |

| 2.53 | HOOTS RESTAURANT HOLDER, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D | 2.2 |
| | | | | ☐ E/F | |
| | | | | ☐ G | |

| 2.54 | OWL WINGS, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | MAN O' WAR ASSOCIATES | ☐ D | |
| | | | | ☐ E/F | |
| | | | | ■ G | 2.15 |

| 2.55 | TW RESTAURANT HOLDER, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D | 2.2 |
| | | | | ☐ E/F | |
| | | | | ☐ G | |

| 2.56 | TW RESTAURANT HOLDER, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D | 2.1 |
| | | | | ☐ E/F | |
| | | | | ☐ G | |

**Fill in this information to identify the case:**

Debtor name    **DW Restaurant Holder, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS (DALLAS)

Case number (if known)    **25-80103**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and Signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 15, 2025**    χ **/s/ Keith Maib**
_____
Signature of individual signing on behalf of the debtor

**Keith Maib**
_____
Printed name

**Chief Restructuring Officer**
_____
Position or relationship to debtor